Exh.2-0 pg.12 5

6:44     .ıl LTE 22

🔒 usbank.com    C

**usbank**

Log In

## About U.S. Bank

U.S. Bancorp (NYSE: USB) is the parent company of U.S. Bank, one of the largest commercial banks in the United States, and its subsidiaries U.S. Bank Wealth Management and U.S. Bancorp Investments, Inc. The company operates more than 3,000 banking offices and nearly 5,000 ATMs, and provides a comprehensive line of banking, brokerage, insurance, investment, mortgage, trust and payment-services products to consumers, businesses and institutions.

---

**Investment products and services are:**

**Not a Deposit • Not FDIC Insured • May Lose Value • Not Bank Guaranteed • Not Insured by any Federal Government Agency**

---

For U.S. Bank:

Equal Housing Lender. Credit products are offered by U.S. Bank National Association and subject to normal credit approval. Deposit products offered by U.S. Bank National Association. Member FDIC. Learn More

U.S. Bank is not responsible for and does not guarantee the products, services or performance of U.S. Bancorp Investments.

For U.S. Bancorp Investments:

Investment products and services are available through U.S. Bancorp Investments, the marketing name for U.S. Bancorp Investments, Inc., member FINRA and SIPC, an investment adviser and a brokerage subsidiary of U.S. Bancorp and affiliate of U.S. Bank.

Back

Disclosure Information

Exh.200 pg.13

*Exh. 5B*

7:26

WIKIPEDIA

# U.S. Bancorp

Article   Talk

*"US Bank" redirects here. For other uses, see Bank of the United States.*

**U.S. Bancorp** (stylized as **us bancorp**) is an American bank holding company based in Minneapolis, Minnesota, and incorporated in Delaware.[4] It is the parent company of **U.S. Bank National Association**, and is the fifth largest banking institution in the United States.[5] The company provides banking, investment,

AA   🔒 en.m.wikipedia.org   ↻

Exh.200 pg.14



**insurancenewsnet**.com
Your industry. One source:

ANNUITY NEWS
(HTTPS://INSURANCENEWSNET.COM/TOPICS/AN
NEWS-ARTICLES)

• September 9, 2021    Annuity News



# J.P. Morgan Partners With AIG On SmartRetirem ent Plus Income Option

By Press Release
(https://insurancenewsnet.com/author/pres
release)

J.P. Morgan Asset Management today announced plans to launch SmartRetirement Plus, a unique retirement income solution for American workers.

Exh 200 pg.15

4:16

https://www.sec.gov › edgar › data

`<DOCUMENT> <TYPE>N-CSRS <SEQUENCE>1 <FILENAME ...`

2,500,000 2,507,272 JPMorgan Chase Bank NA FRS 0.44% due 06/07/2016. ... an indirect wholly-owned subsidiary of American International Group, Inc. ("AIG").

## Get the answer you're looking for added to the web

Your question will be shared with online publishers who may be able to answer it. When shared, it won't be associated with your Google Account.

What's your question?

*Make sure you don't include any private info*

Learn more

## Related searches

🔍   J.P. Chase Morgan

🔍   JPMorgan Chase stock

Ad · https://www.aig.com/

AIG® Official Site - Global Insurance

🔒 🔍 jo morgan owns aig and frs

**4:10**

Exh.200 pg.16

 insurancenewsnet.com

## J.P. Morgan Partners With AIG On SmartRetirement Plus Income Option

Sep 9, 2021 — J.P. Morgan Asset Management today announced plans to launch SmartRetirement Plus, a unique retirement income solution for American workers.

Missing: owns frs

https://www.insurancejournal.com › ...

## Goldman, JPMorgan CEOs Pursued Private Rescue for AIG

Oct 1, 2014 — The heads of Goldman Sachs Group Inc. and JPMorgan Chase & Co. told ... and then formulating our own proposal to lend to AIG," Baxter said ...

Missing: frs | Must include: frs

https://www.federalreserve.gov › ...   PDF

## FRS--Monthly Report on Credit and Liquidity Programs and the ...

American International Group (AIG). ... In March 2008, the FRBNY and JPMorgan Chase & ... owned by AIG and its indirect subsidiary, American.

## People also ask

Does JP Morgan have IRA?

Who does JP Morgan use for 401k?

🔒 Q jo morgan owns aig and frs

Exh. 200 pg. 1

 https://www.insurancejournal.com › ...

## Goldman, JPMorgan CEOs Pursued Private Rescue for AIG

Oct 1, 2014 — The heads of Goldman Sachs Group and JPMorgan Chase & Co. told ... and then formula our own proposal to lend to AIG," Baxter said ...

Missing: frs | Must include: frs

https://www.federalreserve.gov › ... PDF

## FRS--Monthly Report on Credit and Liquidity Programs and the ...

American International Group (AIG). ... In March 2008 the FRBNY and JPMorgan Chase & ... owned by AIG

Exh.200 pg.18

4:09



Insights by J.P. Morgan
J.P. Morgan

GET — On the App Store

View

# J.P.Morgan
## ASSET MANAGEMENT





09/09/2021

# J.P. Morgan Helps 401k Participants in Retirement with SmartRetirement Plus, Incorporating a Protected Lifetime Income Solution from AIG Life & Retirement

"New solution to leverage J.P. Morgan insights into U.S.

AA am.jpmorgan.com





4:13

**Exh.200 pg.19**

 insurancenewsnet.com

## J.P. Morgan Partners With AIG On SmartRetirement Plus Income Option

Sep 9, 2021 — J.P. Morgan Asset Management today announced plans to launch SmartRetirement Plus, a unique retirement income solution for American workers.

Missing: owns frs

 https://www.insurancejournal.com ...

## Goldman, JPMorgan CEOs Pursued Private Rescue for AIG

Oct 1, 2014 — The heads of Goldman Sachs Group Inc. and JPMorgan Chase & Co. told ... and then formulating our own proposal to lend to AIG," Baxter said ...

Missing: frs | Must include: frs

 https://www.federalreserve.gov ... PDF

## FRS--Monthly Report on Credit and Liquidity Programs and the ...

American International Group (AIG). ... In March 2008, the FRBNY and JPMorgan Chase & ... owned by AIG and its indirect subsidiary, American.

## People also ask

AA  🔒 Q jo morgan owns aig  🎤

‹   ›   📤   📖   ⧉

4:17

Exh 200 pg 20

https://money.cnn.com › investing

## AIG, once on death's door, is doing deals again - CNN Business

Jan 22, 2018 — But AIG has clawed its way back from the depths of financial ... Earlier that year, JPMorgan Chase "rescued" failing Bear Stearns too.

Missing: frs | Must include: frs

http://mediamac.com.sg › page

## aercap ireland limited annual report - MediaMac Pte Ltd

AerCap Ireland Limited is indirectly owned 100% by AerCap Holdings N.V. ... of 100 percent of ILFC's common shares from AIG (the "AerCap Transaction").

https://ypfsresourcelibrary.blob.core.windows.net › ...

## Page 1 of 15 - NET

FRBNY Press Release, Statement on Financing Arrangement of JPMorgan Chase's ... Stated in summary that "AIG is under increasing capital and liquidity ...

https://lensa.com › jersey-city

## Business Analyst Lead (Project Execution) job in Jersey City at ...

JPMorgan Chase and Co is currently looking for Business Analyst Lead (Project ... strategy by considering their application in own job and the...

Q jo morgan owns aig and frs

Exh.200 pg.21

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR

MIAMI DADE COUNTY FLORIDA CIVIL ACTION

MAURICE SYMONETTE
And MACK WELLS
  Plaintiff

CASE NO: 2010-61928-CA01

Vs.

U.S. BANK, NATIONAL ASSOCIATION,
AS TRUSTEE FOR RASC
2005 AHL3, MERS, FRANKLYN
CREDIT MANAGEMENT CORP and
AXIOM FINANCIAL SERVICES
Defendants,

## MOTION TO DISMISS

Comes now MAURICE SYMONETTE and MACK WELLS with motion to Reconsider Asking that all of Judge Valerie Manno Schurr's Orders be Vacated from 2007 until now which is MAURICE SYMONETTE's Quiet Title Lawsuit. Because she Recused herself. Rule 1.540 (b) says (2) Newly discovered Evidence (3) Fraud and Misconduct (4) Judgment Order is void; (5) Prior Judgment (Judge Zabel's prime Judgment was Dismissal with Prejudice which must be upheld). On motion and upon such terms as are just, the court may relive a party or a party's legal representative from a final Judgement, decree, order, or proceeding for the following reasons:

2.   Newly discovered evidence (we discovered her Form 6 Full and Public Disclosure of Financial Interest and the Partnerships and ownerships of the Banks involved to work the Conspiracy by giving Judge Valerie Manno Schurr gifts of Monies to take the property from the Homeowners which by due diligence could not have been discovered in time to move for a new trial or rehearing; because we just got the records from the State showing that in 2008 on the Docket Mack Wells finally put in a Motion to Dismiss with Prejudice because Lawyers wouldn't follow the Judges Orders to bring in the Note Exh. (C) we also saw that Judge Zabel did a Dismissal with Prejudice in 2008 and three witnesses with Affidavits have sworn to have seen this and it was on the record with Judge Zabel's signature that we typed up saying the case is dismissed with Prejudice 04/07/2009 as indicated on the Docket of which I now have the Red stamp Certified Copy of the Docket see Exh. (C) line number (10) and we now found.

3.   Fraud and Misconduct using Horrible Conflict of Interest in violation of Fl. Rules 2.160 That in 2008 Judge Valerie Manno Schurr received $995,000 on her Form 6 Full Public Disclosure of Financial Interest $91,000 from GMAC and $129,000 from Well Fargo That's Partners with GMAC and U.S. Bank. Exh.(DD) on her Form 6 Full and Public Disclosure Of Financial Interest line number (5,6, and 7) B.

# Exh.200 pg.22

4. Judgment Order is Void because in 2010 on the Docket Judge Valerie Manno Schurr whom we have never seen put

5. (Changing Prior Judgment) in the same Dismissal with Prejudice with our typing but with her name and signature and the Judge that Dismissed the Case with Prejudice Exh. (F3) as seen on the Docket line (11) this was done because the Law says that no Judge of the same Circuit Court can change the Order of the Judge in the same Circuit Court so she made her own order that did not Change Judge Zabels Order exactly one year after Judge Zabels same Dismissal with Prejudice hoping we would not check this, so that she can then therefore only her Order and get paid to change her own Order so that it wouldn't be Criminal. This was done to Save Judge Zabel, the Lawyers and U.S. Bank/GMAC BANK from being caught and the Conspiracy to steal the property concerning Judge Zabel doing a Judgement against Homeowners without an actual Complaint or Certified Copies of the Note, Allonge, Mortgage and Assignment or as Florida Statues states: No Judgments should be rendered until after the Original Copy of the Note Allonge, Mortgage and Assignment and other Docs on the record yet they did that while the Homeowners where making payments to Axiom Bank on time this is a Felony and a Conspiracy. Because at the time during Judge Valerie Manno Schurr Dismissal with Prejudice Judge Valerie Schurr received from Wachovia, Bank of America $650,000 line (9) as seen on her form 6 Full and Public Disclosure of Financial Interest those Banks are Partners with U.S. Bank and GMAC see Exhbs (EE) and she received $128,000 from Wells Fargo and $410,000 from GMAC the Fake Servicer of the Homeowner's Note.

Then without notice to the Homeowners knowing that because we knew the case was Dismissed with Prejudice and that we would no longer check on Court Records to find out that Judge Valerie Manno Schurr had a private secret Ex Parte Hearing with U.S. Bank's Lawyers and changed her (Judge Valerie Manno Schurr's) Order which illegally and effectively changed Judge Zabel's Order from Dismissal with Prejudice to Dismissal without Prejudice to give see Docket Case number 07-12407-CA-01 line (14) of the Docket and Exh.(F and F2) 08/25/2010 U.S. Bank the right to file another Foreclosure Lawsuit against the Homeowners all without their knowledge as seen on a 2010 61928-CA-01 prosecuting the same case that was Dismissed with Prejudice of which we found out by mistake that there was another Foreclosure Suit against the property. And after 2010 Judge Valerie Manno Schurr did this she suddenly has $1,000,000 from City National Bank, Wachovia, Bank Of America which are all Business Partners of U.S Bank and GMAC Bank see Exh.(FF) line (7) she indicates another $400,000 from GMAC the Fake Servicer of the loan and part of the Conspiracy to steal the property and get out of trouble from Federal S.E.C Fraud and crimes against the Court and the property owner to hide the MERS Fraud of lying about selling Notes on the Market as proven by the Cusipone Expert's Affidavit showing that U.S. Bank National Association AS Trustee never had any ownership of the Leroy Williams Mortgage because Axiom Bank sold the Note to Fidelity Strategic Fund which is on the Market until today, Exh.(A) and when you do the SEC Edgar Search under US Bank National Association as Trustee there is no Axiom Note in their Pool of Notes Exh. (ZC and J). Judge Valerie Manno Schurr admits to these crimes by Recusing herself from Maurice Symonette's case who asked her to Recuse for Crimes misconduct and Conflicts of Interest see Exh. ( ). According to **Rule 1.540 (b) (c) (d) (e)**

1. That the judgment, or order has a prior judgment of Dismissal with Prejudice on the Docket of Case Number 07-12407-CA-07 line (10 and 11) and that Judgment of Dismissal with Prejudice must be returned to Dismissal with Prejudice and void and or strike the 2007-12407-CA-01 and 2010-61928-CA-01 case because Judge Valerie Manno Schurr recused herself because I brought this to her attention that she did this Crime and Scheme, this title must be cleared and also because she did not default them when it took them 6 months to answer my Lawsuit that must be Defaulted but wasn't Defaulted because Judge Valerie Manno Schurr helped them because City National Bank gave her $400,000 which is business partners with U.S. Bank, GMAC, Royal Bank of Canada, Wachovia and Wells Fargo are all Business Partners and one big happy Family this is a Horrible Conspiracy and Conflict of Interest to steal Property from helpless Black People this is Racism and Descrimination in the utmost so therefore we demand that this case be Reconsidered from the beginning of this case until today this case must be Defaulted and Returned to Dismissed with Prejudice

MAURICE SYMONETTE
15020 S. River Dr.
Miami Fl. 33167

# FORM 6 — FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS — 2020

FOR OFFICE USE ONLY:

*********AUTO**ALL FOR AADC 331 13 P1 58 337
HON SAMANTHA RUIZ COHEN
CIRCUIT COURT JUDGE
Judicial Circuit (11th)
Elected Constitutional Officer
DADE COUNTY COURTHOUSESTE 1001
73 W FLAGLER ST
MIAMI FL 33130-1724

FLORIDA
COMMISSION ON ETHICS
JUN 25 2021
RECEIVED

PROCESSED

ID CODE

ID NO. 47078

CONF. CODE

Cohen, Samantha Ruiz

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

## PART A -- NET WORTH

Please enter the value of your net worth as of December 31, 2020 or a more current date. [Note: Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.]

My net worth as of March 31, 2021 was $ 2,693,148.72

## PART B -- ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**

Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry, collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ 195,000.00

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000:**

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Home Primary Residence | $ 1,600,000.00 |
| Voya Retirement - | $ 221,156.57 |
| Wells Fargo Savings - | $ 162,130.03 |
| Wells Fargo Checking - | $ 32,695.84 |
| Invesco (In name of Spouse) - | $ 133,633.15 |
| Lukas Santaella 401 (Empower) (In name of Spouse) - | $ 128,620.49 |
| Alliance Bernstein (In name of Spouse) - | $ 526,747.00 |

## PART C -- LIABILITIES

**LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Wells Fargo Mortgage P.O. Box 660278 Dallas, TX 75266 - | $ 896,316.65 |
| BMW Financial Services P.O. Box 3608 Dublin, Ohio 43016-0306 | $ 10,152.00 |

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Not Applicable | |

CE FORM 6 - Effective January 1, 2021
Incorporated by reference in Rule 34-8.002(1), F.A.C.

(Continued on reverse side)

Exh.200 pg.25

Exh. 11

11:01



**Wachovia Bank** is a wholly owned subsidiary of Wells Fargo & Company. The purchase of **Wachovia** Corporation by Wells Fargo was completed on December 31, 2008. **Wachovia** was the fourth-largest **bank** holding company in the US based on total assets.

www.re-banks.com/usa/wachovia-b...

PEOPLE ALSO ASK

What bank took over Wachovia?

What is the history of Wachovia Bank?

What time does Wachovia Bank Open?

How to access a Wachovia checking account?

Wachovia Is Now Wells Fargo - Wells Fargo

Exh 200 pg.26

*Exh 12*

**gurufocus**

# Voya VARIABLE FUNDS Buys PNC Financial Services Group Inc, McDonald's Corp, Baxter ...

insider

December 25, 2021 · 6 min read

**In this article:**

| C | | RCL | | GSCHX | | TMO |
|---|---|---|---|---|---|---|
| +1.04% | ☆ | +0.84% | ☆ | -0.43% | ☆ | -1.34% |

Investment company Voya VARIABLE FUNDS (Current Portfolio) buys PNC Financial Services Group Inc, McDonald's Corp, Baxter International Inc, ViacomCBS Inc, Bank of America Corp, sells Fiserv Inc, Citigroup Inc, Activision Blizzard Inc, U.S. Bancorp, Constellation Brands Inc during the 3-months ended 2021Q3, according to the most recent

*is U.S. Bank*

*Exh. D2*

*# 3*

Exh.200 pg 27

Exh. B

**Business**

# U.S. Bank Enters Co-brand Agreement With BMW to Issue New Cards With Enhanced Digital Experiences, Greater Value to Customers

July 22, 2019, 11:00 AM EDT

U.S. Bank Enters Co-brand Agreement With BMW
to Issue New Cards With
Enhanced Digital Experiences, Greater Value
to Customers

Business Wire

MINNEAPOLIS -- July 22, 2019

U.S. Bank, the fifth-largest bank in the
United States, has entered into a
co-brand agreement with BMW Financial Services
NA, LLC to issue credit cards
that will deliver enhanced digital experiences

Exh.200 pg.28

## 2021 Form 6 - Full and Public Disclosure of Financial Interests

Filed with COE: 04/11/2022

### Assets

Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effect is $ 210,000.00

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| Description of Asset | Value of Asset |
| --- | --- |
| Home-Primary Residence | $ 1,850,000.00 |
| House at 2955 south Miami avenue, Miami FL 33129 | $ 930,000.00 |
| House at 16256 sw 97th street Miami FL 33196 | $ 375,000.00 |
| wells Fargo savings | $ 137,506.36 |
| wells Fargo savings #2 | $ 153,455.04 |
| wells fargo checking | $ 54,410.00 |
| wells fargo checking (Payret Property Management) | $ 6,208.70 |
| Voya retirement | $ 251,663.08 |
| Invesco Retirement (in name of spouse) | $ 744,636.20 |
| Luks retirement (In name of spouse) | $ 160,551.81 |
| Alliance Bernstien (in name of spouse) | $ 532,198.00 |

### Liabilities

LIABILITIES IN EXCESS OF $1,000:

| Name of Creditor | Address of Creditor | Amount of Liability |
| --- | --- | --- |
| Wells Fargo Mortgage | po box 660278 Dallas, Tx 75266 | $ 874,506.74 |
| BMW Financial Services | po box 3608 Dublin, OH 43016-0306 | $ 4,512.00 |

JOINT AND SEVERAL LIABILITEIS NOT REPORTED ABOVE:

| Name of Creditor | Address of Creditor | Amount of Liability |
| --- | --- | --- |
| N/A | | |

Exh.200 pg.29

# IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2010-061928-CA-01
SECTION: CA05
JUDGE: Samantha Ruiz Cohen

**U S Bank (na)**

Plaintiff(s)

vs.

**Williams, Leroy**

Defendant(s)

## ORDER DENYING MOTION FOR JUDICIAL DISQUALIFICATION

This matter came before the undersigned Judge upon the **MOTION FOR JUDICIAL DISQUALIFICATION** filed by John Westley on May 3, 2021.

The Motion is **DENIED** as legally insufficient.

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this 12th day of May, 2021.



2010-061928-CA-01 05-12-2021 2:42 PM
Hon. Samantha Ruiz Cohen

**CIRCUIT COURT JUDGE**
Electronically Signed

No Further Judicial Action Required on **THIS MOTION**

CLERK TO **RECLOSE** CASE IF POST JUDGMENT

**Electronically Served:**
Altanese Phenelus, yvaldes@miamidade.gov

Exh.200 pg.30

Daniel Hurtes, DHurtes@BlankRome.com
Daniel Hurtes, BRFLEservice@BlankRome.com
Giuseppe Salvatore Cataudella, FLeFileTeam@brockandscott.com
Giuseppe Salvatore Cataudella, FL.CourtDocs@brockandscott.com
Giuseppe Salvatore Cataudella, CourtXpress@firmsolutions.us
Harve Humpsy, Courts@Journalist.com
JOHN WESTLEY, TheWomb@USA.com
Jennifer L Warren, jwarren@northmiamifl.gov
Jennifer L Warren, cityattorney@northmiamifl.gov
Jessica J Fagen, lawfirmFL@rsieh.com
Jessica J Fagen, jfagen@rsieh.com
Jessica J Fagen, abcfleservice@abclegal.com
Jimmy Keenan Edwards, FLeFileTeam@brockandscott.com
Jimmy Keenan Edwards, FLCourtDocs@brockandscott.com
Jimmy Keenan Edwards, CourtXpress@firmsolutions.us
John Westley Mr., WombTV@gmail.com
Jonathan S Wilinsky, FLeFileTeam@brockandscott.com
Jonathan S Wilinsky, CourtXpress@firmsolutions.us
Jonathan S Wilinsky, FLCourtDocs@brockandscott.com
Julie Anthousis, FLeFileTeam@brockandscott.com
Julie Anthousis, FLCourtDocs@brockandscott.com
Julie Anthousis, CourtXpress@firmsolutions.us
Kara Leah Fredrickson, FLeFileTeam@brockandscott.com
Kara Leah Fredrickson, FL.CourtDocs@brockandscott.com
Kara Leah Fredrickson, CourtXpress@firmsolutions.us
Laura Ashley Jackson, FLeFileTeam@brockandscott.com
Laura Ashley Jackson, CourtXpress@firmsolutions.us
Laura Ashley Jackson, FLCourtDocs@brockandscott.com
Stephen Christopher Wilson, sewilson862007@yahoo.com
Stephen Christopher Wilson, sewilson862007@yahoo.com
Tania Bartolini, tania@salaslawfirmpa.com
Tania Bartolini, jp@salaslawfirmpa.com
Tania Bartolini, dianne@salaslawfirmpa.com
William Henry Stafford III, william.stafford@myfloridalegal.com
William Henry Stafford III, Breanna.Rutledge@myfloridalegal.com
Willnae Lacroix, FLeFileTeam@brockandscott.com
Willnae Lacroix, FLCourtDocs@brockandscott.com
Willnae Lacroix, courtxpress@FirmSolutions.us

Exh.200 pg.31

Exh. 15 pg 3

maurice symonette, BigBOSS@Clerk.com
maurice symonette, BIGBOSS1043@yahoo.com
maurice symonette, boss1@clerk.com

**Physically Served:**

Exh.200 pg.32

# FORM 6 FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS 2018

Please print or type your name, mailing address, agency name, and position below:

**LAST NAME — FIRST NAME — MIDDLE NAME**
de la O, Miguel Manuel

**MAILING ADDRESS**
1351 NW 12th Street

Room 413

| CITY | ZIP | COUNTY |
|------|-----|--------|
| Miami | 33125 | Miami-Dade |

**NAME OF AGENCY**

**NAME OF OFFICE OR POSITION HELD OR SOUGHT**
Circuit Judge -- 11th Judicial Circuit

**CHECK IF THIS IS A FILING BY A CANDIDATE** ☐

**FOR OFFICE USE ONLY:**

CONFIDENTIAL

FLORIDA
COMMISSION ON ETHICS
AUG 19 2019
RECEIVED

PROCESSED

246171

## PART A -- NET WORTH

Please enter the value of your net worth as of December 31, 2018 or a more current date. [Note: Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.]

My net worth as of December 31, 20 18 was $ 3,419,151.11

## PART B -- ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following if not held for investment purposes: jewelry, collections of stamps, guns, and numismatic items, art objects, household equipment and furnishings, clothing, other household items, and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ 100,000.00

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000:**

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Home residence | $2,000,000.00 |
| Ameritrade (Simple IRA) | $375,000.00 |
| Commercial Holdings LLC | $500,000.00 |
| Ameritrade (trading account) | $12,412.98 |

## PART C -- LIABILITIES

**LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Citibank Home Credit Line ($300,000.00 secured by residence) | -0- |
| N/A | |
| N/A | |
| N/A | |

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| N/A | |
| N/A | |
| N/A | |

CE FORM 6 - Effective January 1, 2019
Incorporated by reference in Rule 34-8.002(1), F.A.C.

(Continued on reverse side)

PAGE 1

Exh.200 pg.33

## PART D — INCOME

Identify each separate source and amount of income which exceeded $1,000 during the year, including secondary sources of income. Or attach a complete copy of your 2018 federal income tax return, including all W2s, schedules and attachments. Please redact any social security or account numbers before attaching your returns, as the law requires these documents be posted to the Commission's website.

☐ I elect to file a copy of my 2018 federal income tax return and all W2's, schedules, and attachments. [If you check this box and attach a copy of your 2018 tax return, you need not complete the remainder of Part D.]

**PRIMARY SOURCES OF INCOME** (See instructions on page 5):

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| State of Florida | | $161,000.00 |
| FIU College of Law | | $3,000.00 |

**SECONDARY SOURCES OF INCOME** (Major customers, clients, etc., of businesses owned by reporting person—see instructions on page 5):
Primary

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| Commercial Holdings | Primary Source | | $50,000.00 |
| N/A | | | |

## PART E — INTERESTS IN SPECIFIED BUSINESSES [Instructions on page 6]

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | N/A | N/A | N/A |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

## PART F - TRAINING

For officers required to complete annual ethics training pursuant to section 112.3142, F.S.

☐ **I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.**

### OATH

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete.

_____
**SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE**

STATE OF FLORIDA
COUNTY OF Miami-Dade

Sworn to (or affirmed) and subscribed before me this 3rd day of July 20 19 by Miguel M. de la O

_____
(Signature of Notary Public-State of Florida)

Ligia Munguia
(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known X OR Produced _____
Type of Identification Produced _____

LIGIA MUNGUIA
MY COMMISSION # GG 306340
EXPIRES: February 28, 2023
Bonded Thru Notary Public Underwriters

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form for you, he or she must complete the following statement:

I, _____, prepared the CE Form 6 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct:

_____          _____
Signature                                              Date

Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.

**IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE** ☐

CE FORM 6 - Effective January 1, 2019
Incorporated by reference in Rule 34-8.002(1), F.A.C.

PAGE 2

Exh.200 pg.34

## PART B – ASSETS

| DESCRIPTION OF ASSET | VALUE OF ASSET |
|---|---|
| Commercial Stock Holdings, LLC | $37,500.00 |
| Novo Mater LLC | $35,000.00 |
| Promissory Note from Pedro Romero | $35,000.00 |
| Promissory Note from Commercial Stock Holdings | $7,000.00 |
| Papino LLC | $10,000.00 |
| TransAmerica Life Insurance Policy Cash Value | $10,457.56 |
| AmeriTrade (401K rollover) | $120,009.16 |
| Fidelity Balanced Mutual Fund | $ 29,212.91 |
| MBNA America Investment | $5,062.63 |
| Citibank Checking Account | $20,063.16 |
| Discover Savings Accounts | $111,432.71 |
| 2007 Toyota Camry Hybrid | $2,000.00 |
| 2013 Hyundai Sonata Hybrid | $9,000.00 |
| | |

Exh.200 pg.35

CONFIDENTIAL
PROCESSED

**Disclosure of Gifts, Expense Reimbursements or Payments, and Waivers of Fees and Charges**

FLORIDA
COMMISSION ON ETHICS

AUG 1 9 2019

RECEIVED

All judicial officers must file with the Florida Commission on Ethics a list of all reportable gifts accepted, reimbursements or direct payments of expenses, and waivers of fees or charges accepted from sources other than the state or a judicial branch entity as defined in Florida Rule of Judicial Administration 2.420(b)(2), during the preceding calendar year as provided in Canons 5D(5)(a) and 5D(5)(h), Canon 6A(3), and Canon 6B(2) of the Code of Judicial Conduct, by date received, description (including dates, location, and purpose of event or activity for which expenses, fees, or charges were reimbursed, paid or waived), source's name, and amount for gifts only.

Name: Miguel M. de la O          Work Telephone: 305-548-5734

Work Address: 1351 NW 12 St., Miami, 33125   Judicial Office Held: Circuit Judge

1. Please identify all reportable gifts, bequests, favors, or loans you received during the preceding calendar year, as required by Canons 5D(5)(a), 5D(5)(h), and 6B(2) of the Code of Judicial Conduct.

| DATE | DESCRIPTION | SOURCE | AMOUNT |
|---|---|---|---|
| 2-6-18 | Judicial Reception | Coral Gables Bar Assoc. | $120 |
| 2-9-18 | CABA Gala | Kasowitz Torres | $600 |
| 8-17-18 | Judicial Luncheon | Cuban-American Bar | $115 |
| 12-2-18 | Football game | Zarco Einhorn Salkowski et a. | $750 |
| 12-18-18 | Judicial Luncheon | Miami-Dade FAWL | $95 |

☐ Check here if continued on separate sheet

2. Please identify all reportable reimbursements or direct payments of expenses, and waivers of fees or charges you received during the preceding calendar year, as required by Canons 6A(3) and 6B(2) of the Code of Judicial Conduct.

| DATE | DESCRIPTION (Include dates, location, and purpose of event or activity for which expenses, fees, or charges were reimbursed, paid or waived) | SOURCE |
|---|---|---|
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

☐ Check here if continued on separate sheet

**CONTINUE TO PAGE 2 FOR OATH**

Form 6A 3/19
As Amended by SC18-648

Page 1 of 2

Exh.200 pg.36

Exh.160 pg.5

## OATH

State of Florida

County of Miami-Dade

I, Miguel M. de la O                              , the public official filing this disclosure statement,
being first duly sworn, do depose on oath and say that the facts set forth in the above
statement are true, correct, and complete to the best of my knowledge and belief.

(Signature of Reporting Official)

(Signature of Officer Authorized to Administer Oaths)

My Commission expires

Sworn to and subscribed before me this

3rd                              day of July                              , 20 19

LIGIA MUNGUIA
MY COMMISSION # GG 506340
EXPIRES: February 26, 2023
Bonded Thru Notary Public Underwriters

Form 6A 3/19
As Amended by SC 18-648

Page 2 of 2

Exh.200 pg.37

2:03

Citibank - Wikipedia
en.m.wikipedia.org

WIKIPEDIA

# Citibank

Article Talk

*Not to be confused with City Bank or Citi Bank.*

**Citibank** is the consumer division of financial services multinational Citigroup.[1] Citibank was founded in 1812 as the City Bank of New York, and later became First National City Bank of New York.[2] The bank has 2,649 branches in 19 countries, including 723 branches in the United States and 1,494 branches in Mexico operated by its subsidiary Banamex.[citation needed] The U.S. branches are concentrated in six metropolitan areas: New York, Chicago, Los Angeles, San Francisco, Washington, D.C., and Miami.[3]

**Citibank, N. A.**

citibank

| | |
|---|---|
| **Type** | Subsidiary of Citigroup |

Exh.200 pg.38

1:55

Morgan Stanley Wealt...
en.m.wikipedia.org

WIKIPEDIA

# Morgan Stanley Wealth Management

Article Talk

Morgan Stanley Wealth Management is an American multinational financial services corporation specializing in retail brokerage. It is the wealth & asset management division of Morgan Stanley. On January 13, 2009, Morgan Stanley and Citigroup announced that Citigroup would sell 51% of Smith Barney to Morgan Stanley, creating Morgan Stanley Smith Barney, which was formerly a division of Citi Global Wealth Management. The combined brokerage house has 17,646 financial advisors and manages $2 trillion in client assets.[1] Clients range from individual investors to small- and mid-sized businesses, as well as large corporations, non-profit organizations and family foundations.

**Morgan Stanley Wealth Management**

Morgan Stanley

00 pg.39

Exh A

10:22     .ıl LTE ⚡

🔒 mitchellmessenger.com

Chase & Co. raised their price objective on shares of U.S. Bancorp from $55.50 to $58.00 and gave the company a "neutral" rating in a research note on Monday, November 4th. Citigroup lowered shares of U.S. Bancorp from a "neutral" rating to a "sell" rating and decreased their price target for the stock from $54.00 to $49.00 in a research report on Tuesday, October 8th. Morgan Stanley restated a "sell" rating and issued a $62.00 price target (up previously from $61.00) on shares of U.S. Bancorp in a research report on Monday, November 18th. Credit Suisse Group restated a "hold" rating and issued a $55.00 price target on shares of U.S. Bancorp in a research report on Thursday, September 12th. Finally, UBS Group lifted their price target on shares of U.S. Bancorp from $56.00 to $58.00 and gave the stock a "neutral" rating in a research report on Monday, October 21st. Four investment analysts have rated the stock with a sell

Exh.200 pg.40

Google

Q   citiglobal is morgan stanley

All    News    Images    Maps    Videos    Shopping

Including results for *citigroup* is morgan stanley
Search only for citiglobal is morgan stanley

On January 13, 2009, **Morgan Stanley** and
**Citigroup announced the merger of Smith
Barney** with Morgan Stanley's Global
Wealth Management Group, with Morgan
Stanley paying $2.7 billion cash upfront to
Citigroup for a 51% stake in the joint
venture. The joint venture operates as
Morgan Stanley Smith Barney.

Founder: Henry S. Morgan, Harold Stanley,
Charles D. Barney, Edward B. Smith
Products: Retail brokerage, asset management,
Investment banking
Owner: Morgan Stanley (100%)

w  https://en.m.wikipedia.org › wiki

Morgan Stanley Wealth Management -
Wikipedia

Discover        Search        Collections

EXh-21

pg.41

principal amount of 3.200% senior notes due 2029.

In addition, Equinix completed a concurrent tender offer for any and all of its outstanding 5.375% senior notes due 2022, 5.375% senior notes due 2023, and 5.750% senior notes due 2025, which were paid for with the proceeds from the senior notes offering.

Goldman Sachs & Co. LLC, BofA Securities, Inc., Citigroup Global Markets Inc., J.P. Morgan Securities LLC, Barclays Capital Inc., Morgan Stanley & Co. LLC, MUFG Securities Americas Inc., RBC Capital Markets, LLC, SMBC Nikko Securities America, Inc., TD Securities (USA) LLC, Deutsche Bank Securities Inc., ING Financial Markets LLC, BNP Paribas Securities Corp., HSBC Securities (USA) Inc., Mizuho Securities USA LLC, Wells Fargo Securities, LLC, PNC Capital Markets LLC, Scotia Capital (USA) Inc., and U.S. Bancorp Investments, Inc. are all the underxriters involved in the offering.

Equinix, an American multinational company headquartered in Redwood City, California, connects more than 9,800 companies directly to their customers and partners inside the world's most interconnected data centers. Today, businesses leverage the Equinix interconnection platform in 52 strategic markets across the Americas, Asia-Pacific, Europe, the Middle East and Africa.

The Davis Polk corporate team included partners Alan F. Denenberg (Picture) and Emily Roberts and associates Ali DeGolia and Caitlin Moyles Cunnane. Partner Rachel D. Kleinberg provided tax advice and associate J. Taylor Arabian provided 1940 Act advice.

**Involved fees earner:** Taylor Arabian – Davis Polk & Wardwell; Ali DeGolia - Davis Polk & Wardwell; Alan

Exh.200 pg.42

us bank is us bancorp

# U.S. Bancorp



Overview    Locations    History    Services

U.S. Bancorp is an American bank holding company based in Minneapolis, Minnesota, and incorporated in Delaware. It is the parent company of U.S. Bank National Association, and is the fifth largest banking institution in the United States. Wikipedia

Customer service: 1 (800) 872-2657

Technical support: 1 (877) 202-0043

Stock price: USB (NYSE) $52.04 -0.14 (-0.27%)
Jun 3, 2:12 PM EDT · Disclaimer

Headquarters: Minneapolis, MN

CEO: Andrew Cecere (Apr 18, 2017–)

Number of employees: 68,796 (2021)

Founded: July 13, 1863, St. Louis, MO

Subsidiaries: Syncada, Elavon, U.S. Bank, U.S. BANCORP INVESTMENTS, INC., Travelator, Inc., More

## Withdrawal limit

Discover        Search        Collections

Exh.200 pg.43



IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2010-061928 CA 01

U.S. BANK NATIONAL ASSOCIATION AS
TRUSTEE FOR RASC 2005AHL3,

     Plaintiff,

v.

JAMES LITTLEJOHN; LEROY WILLIAMS,
et al,

     Defendants,

### ORDER ON DEFENDANTS' MOTION FOR EMERGENCY HEARING TO VACATE SALE AND DEFENDANTS' MOTION TO VACATE SALE

**THIS CAUSE** having come before the Court upon Defendants' Motion for Emergency Hearing to Vacate Sale and Defendants' Motion to Vacate Sale and the Court being otherwise duly advised as to the relief requested, both sides having appeared and given argument, it is hereupon:

**ORDERED AND ADJUDGED** that:

1. Defendants' Motion for Emergency Hearing is hereby **DENIED**.

2. Defendants' Motion to Vacate Sale is hereby **DENIED**.

3. Defendants' Motion to stay sale is hereby Denied

4. The sale is reset for March 14, 2018

DONE and ORDERED in Miami, Miami-Dade County, Florida, this 17th day of January, 2018.

CIRCUIT COURT JUDGE

Miguel M. de la O
CIRCUIT COURT JUDGE

*Copies furnished to the Parties on the attached service list*

140383.04428/106084225v.1

# IN THE CIRCUIT COURT OF THE ELEVENTH
## JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

### CIVIL ACTION

US BANK N.A.

PLAINTIFFS

Vs.

MACK WELLS

DEFENDANT

CASE# 10-61928

**MOTION FOR JUDGE DE-LA-O TO RECUSE HIMSELF FROM
CASE #10-61928 AND TO VACATE FORECLOSURE
ORDER FOR CASE #10-61928 FOR HIS CONFLICT OF INTEREST**

*Emergency Express*

FILED FOR RECORD

2019 DEC 12 PM 2:18

CLERK CIRCUIT COURT
MIAMI-DADE COUNTY FL
CIVIL DIVISION

Comes now MACK WELLS acting Pro-Se here states Judge Miguel M. De La O, says
that CITI BANK on his form 6 Full and Public Disclosure Of Financial Interests is a
Bank doing Business with CITI BANK because he's doing business with US Bank and
helping them to make money so that he can make money by foreclosing and taking
our property while acting as the Judge to take the property not on his Merits but for
to make him and them money Illegally. Here's proof, Judge Miguel M. De La O is doing
business with CITI BANK as seen in his FORM 6 page 4 line 11, From Tallahassee
called FULL AND PUBLIC DISCLOSURE OF FINANCIAL form, EXH. A, CITI BANK is
CITY GROUP EXH. B, and CITI GROUP is MORGAN STANLEY EXH. C, and MORGAN
STANLEY is US BANCORP, EXH. D, and US BANCORP is US BANK EXH. E, Which is a
major Conflict of Interest. Who he has ruled in favor of, EXH. F, That is a Conflict of
Interest against us and there's more, EXH. J, I have found that our case was directed
to him in this Pool, So he must recuse himself and vacate his Order, Exhibit, #So De
La O you must Recuse YOUR SELF and VACATE YOUR ORDER against us, EXH. F.

*Mack Wells*

MACK WELLS
15020 S. RIVER DR.
MIAMI FL. 33167

Exh.200 pg.44

Exh.200 pg:45

## FORM 6
## FULL AND PUBLIC DISCLOSURE
## OF FINANCIAL INTERESTS

FLORIDA
COMMISSION ON ETHICS

JUL 0 1 2019

**RECEIVED**

Hon Veronica Diaz
Circuit Judge
Judicial Circuit (11Th)
Elected Constitutional Officer
Ste 9000 Richard E Gerstein Justice Bldg
1351 NW 12th St Rm 209
Miami, FL 33125-1636

ID Code

ID No.    258440

Conf. Code

Diaz, Veronica

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

**PROCESSED**

### PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2018 or a more current date. [Note: Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.]

My net worth as of Dec. 31 , 20 18 was $ 405, 853

### PART B — ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following if not held for investment purposes: jewelry, collections of stamps, guns, and numismatic items, art objects, household equipment and furnishings, clothing, other household items, and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ 75,000

| ASSETS INDIVIDUALLY VALUED AT OVER $1,000: DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Wells Fargo | 174,912 |
| ICMA 401K | 180,296 |
| Audi | 10,500 |

### PART C — LIABILITIES

| LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4): NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Navient (Student Loan) | 29,455.00 |
| Audi Financial | 4,800.00 |

| JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE: NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
|  |  |
|  |  |
|  |  |

CE FORM 6 - Effective January 1, 2019.

PAGE 1

Exh. 200 pg. 46

25

## PART D — INCOME

Identify each separate source and amount of income which exceeded $1,000 during the year, including secondary sources of income. Or attach a complete copy of your 2018 federal income tax return including all W2s, schedules and attachments. Please redact any social security or account numbers before attaching your returns, as the law requires these documents be posted to the Commission's website.

☐ I elect to file a copy of my 2018 federal income tax return and all W2s, schedules, and attachments.
(If you check this box and attach a copy of your 2018 tax return, you need not complete the remainder of Part D.)

**PRIMARY SOURCES OF INCOME (See instructions on page 5)**

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| State of Florida | 100 E. Gaines St. Tallahassee, FL 32399 | 160,688 |

**SECONDARY SOURCES OF INCOME** (Major customers, clients, etc. of businesses owned by reporting person—see instructions on page 5)

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| | | | |

## PART E — INTERESTS IN SPECIFIED BUSINESSES [Instructions on page 6]

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | N/A | | |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

## PART F — TRAINING

For officers required to complete annual ethics training pursuant to section 112.3142, F.S.

☐ I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.

## OATH

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete.

_Veus_
**SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE**

STATE OF FLORIDA
COUNTY OF _Miami-Dade_

Sworn to (or affirmed) and subscribed before me this _18th_ day of _June_ 20_19_, by _Veronica Diaz_

_(Signature of Notary Public-State of Florida)_

_Ana M. Gonzalez_
_(Print, Type, or Stamp Commissioned Name of Notary Public)_

Personally Known ✓ OR Produced Identification _____
Type of Identification Produced _____

ANA M. GONZALEZ
MY COMMISSION # FF937143
EXPIRES November 18, 2019

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form for you, he or she must complete the following statement:

I, _____ prepared the CE Form 6 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

_____ Signature _____ Date

Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.

IF ANY OF PARTS A THROUGH F ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE ☐

CE FORM 6 Effective January 1, 2019
Incorporated by reference in Rule 34.8.202(1), F.A.C.

PAGE 2

Name: Monica A. Drew   Work Telephone: 305 348 5130

Work Address: 1325 NW 12 St #208   Judicial Office Held: Circuit

Miami, FL 33125

1. Please identify all reportable gifts, bequests, favors, or loans you received during the preceding calendar year, as required by Canons 5D(5)(a), 5D(5)(b), and 6B(2) of the Code of Judicial Conduct.

| DATE | DESCRIPTION | SOURCE | AMOUNT |
|------|-------------|--------|--------|
| N/A  |             |        | $      |
|      |             |        | $      |
|      |             |        | $      |

☐ Check here if continued on separate sheet

2. Please identify all reportable reimbursements or direct payments of expenses, and waivers of fees or charges you received during the preceding calendar year, as required by Canons 6A(3) and 6B(2) of the Code of Judicial Conduct. (Include dates, location, and purpose of event or activity for which expenses, fees, or charges were reimbursed, paid, or waived)

| DATE | DESCRIPTION | SOURCE |
|------|-------------|--------|
| N/A  |             |        |

☐ Check here if continued on separate sheet

CONTINUE TO PAGE 2 FOR OATH

Page 1 of 2

Exh.200 pg.48

Exh.27

**OATH**

State of Florida

County of Miami-Dade

I, Veronica A. Diaz , the public official filing this disclosure statement, being first duly sworn, do depose on oath and say that the facts set forth in the above statement are true, correct, and complete to the best of my knowledge and belief.

(Signature of Reporting Official)

(Signature of Officer Authorized to Administer Oaths)

My Commission expires 11/18/2019

Sworn to and subscribed before me this

18 day of June , 2019

ANA M. GONZALEZ
MY COMMISSION # FF 037145
EXPIRES November 18, 2019

Page 2 of 2

Chase & Co. raised their price objective on shares of U.S. Bancorp from $55.50 to $58.00 and gave the company a "neutral" rating in a research note on Monday, November 4th. Citigroup lowered shares of U.S. Bancorp from a "neutral" rating to a "sell" rating and decreased their price target for the stock from $54.00 to $49.00 in a research report on Tuesday, October 8th. Morgan Stanley restated a "sell" rating and issued a $62.00 price target (up previously from $61.00) on shares of U.S. Bancorp in a research report on Monday, November 18th. Credit Suisse Group restated a "hold" rating and issued a $55.00 price target on shares of U.S. Bancorp in a research report on Thursday, September 12th. Finally, UBS Group lifted their price target on shares of U.S. Bancorp from $56.00 to $58.00 and gave the stock a "neutral" rating in a research report on Monday, October 21st. Four investment analysts have rated the stock with a sell



# CORRECTIVE ASSIGNMENT OF MORTGAGE

Book28033/Page1695          CFN#20120182835          Page 1 of 1

6:45

**Exh.200 pg.51**

Exh 33

What's the relationship between JP
Morgan and Morgan ...
https://www.quora.com/Whats-the-relationship-

Apr 12, 2015 · Morgan Stanley was formed by JP
Morgan's family due to a regulation that required
Corp and Investment banks to be separated. JP
Morgan still owns part of Morgan Stanley, though
they are not major share holders. Bonus answer ...

Citigroup vs JP Morgan, whos bigger and bett...
Jun 14, 2019

Are JP Morgan and Chase the same?
May 28, 2019

Are the roots of Morgan Stanley and JPMorga...
Jul 06, 2015

Are JP Morgan, Morgan Stanley and Chase Bank ...

**Morgan Stanley**
www.morganstanley.com

Explore Morgan Stanley's Sustainable Investing
Summit, which gathered industry leaders to share
ideas and insights about innovations in sustainable
finance. Institute for Sustainable Investing
Entrepreneurs and the Race for Plastic Waste ...





Many people believe that they don't do anything to protect their privacy online, but that's not true. There actually are simple...

Continue Reading

**3 Answers**

Shreyans Malani, studied at London School of Economics and Politics

JPMorgan Chase & Co. is the parent holding company of Chase (Commercial Bank) and JPMorgan (Investment Bank).

John Pierpont Morgan (J.P. Morgan) founded J.P. Morgan & Co., which is the predecessor to Morgan Stanley and JPMorgan Chase. As a result of the Glass–Steagall Act of 1933, J.P. Morgan & Co. was broken up. It spun off its investment banking activities into Morgan Stanley.

J.P. Morgan & Co. continued to operate as a commercial bank. However, in the 1990's it started to rebuild its investment banking operations.

Continue Reading >

RELATED QUESTIONS (MORE ANSWERS BELOW)

What is the history of JP Morgan Chase as a merchant bank?

533 views

9:02    🔒 en.m.wikipedia.org

**Exh.200 pg.53**

**Exh. 35**

American bank holding company based in Minneapolis, Minnesota, and incorporated in Delaware. It is the parent company of **U.S. Bank** National Association, which is the 5th largest bank in the United States. The company provides banking, investment, mortgage, trust, and payment services products to individuals, businesses, governmental entities, and other financial institutions. It has 3,106 branches and 4,842 ATMs, primarily in the Midwestern United States, and has approximately 72,400 employees. The company also owns Elavon, a processor of credit card transactions. U.S. Bancorp operates under the second-oldest continuous national charter, originally Charter #24, granted in 1863 following the passage of the National Bank Act. Earlier charters have expired as banks were closed or acquired, raising U.S. Bank's charter number from #24 to #2. The oldest national charter, originally granted to the First National Bank of Philadelphia, is held by Wells Fargo, which it obtained upon its merger with Wachovia.

**U.S. Bancorp**



U.S. Bank

globallegalchronicle.com

Exh.200 pg.54

Exh.36

principal amount of 3.200% senior notes due 2029.

In addition, Equinix completed a concurrent tender offer for any and all of its outstanding 5.375% senior notes due 2022, 5.375% senior notes due 2023, and 5.750% senior notes due 2025, which were paid for with the proceeds from the senior notes offering.

Goldman Sachs & Co. LLC, BofA Securities, Inc., Citigroup Global Markets Inc., J.P. Morgan Securities LLC, Barclays Capital Inc., Morgan Stanley & Co. LLC, MUFG Securities Americas Inc., RBC Capital Markets, LLC, SMBC Nikko Securities America, Inc., TD Securities (USA) LLC, Deutsche Bank Securities Inc., ING Financial Markets LLC, BNP Paribas Securities Corp., HSBC Securities (USA) Inc., Mizuho Securities USA LLC, Wells Fargo Securities, LLC, PNC Capital Markets LLC, Scotia Capital (USA) Inc., and U.S. Bancorp Investments, Inc. are all the underxriters involved in the offering.

Equinix, an American multinational company headquartered in Redwood City, California, connects more than 9,800 companies directly to their customers and partners inside the world's most interconnected data centers. Today, businesses leverage the Equinix interconnection platform in 52 strategic markets across the Americas, Asia-Pacific, Europe, the Middle East and Africa.

The Davis Polk corporate team included partners Alan F. Denenberg (Picture) and Emily Roberts and associates Ali DeGolia and Caitlin Moyles Cunnane. Partner Rachel D. Kleinberg provided tax advice and associate J. Taylor Arabian provided '1940 Act advice.

Involved fees earner: Taylor Arabian – Davis Polk &



Exh.200 pg.55

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-22211-GAYLES

CARL ERICKSON,
            Plaintiff,

v.

RALPH W. CONFREDA, JR.,
US BANK NATIONAL
JP MORGAN CHASE BANK
CARL A. LUBETSKY
ALAN WASERSTEIN
KENNETH ERIC TRENT
TERRANCE W. ANDERSON et al.,
            Defendants.

FILED BY _____ D.C.

JUN 24 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

### MOTIONS FOR RELIEF & RECUSAL AND MEMORANDUM OF LAW

Pursuant to Federal Rules of Civil Procedure Rule 60, Plaintiff Carl Erickson hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the June 26th, 2016 Judge Darrin Gayles *sua sponte* review of the record and Dismissal Order [Document #4] based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits Attached-JP Morgan Chase Special Situation Property Funds FRS Account Page 42, FRS 2018 Tables 9-13, SEC Filings-US Bank Florida Subsidiaries, Gayles Financial Interests & Property Disclosures)

### FACTUAL BACKGROUND

1. On June 4th, 2018, Plaintiff Carl Erickson filed a civil action Complaint [Document #1] citing Fraud causes of action for violations of Federal tort laws, banking real estate security assets regulation violations and racketeering statutes.

2. The Complaint was based upon precedent USDC related filings accepted by non-biased professional jurists that contained *verbatim* (1) a short and plain statement of the grounds for the court's jurisdiction; (2) a short and plain statement of the claim showing that the pleader is entitled to relief; and (3) a demand for the relief sought under Fed. R. Civ. P. 8.

3. On June 26th, 2018, Judge Gayles issued and Dismissal Order a *sua sponte* review of the

[1]

record as a quasi-defense attorney for named Defendants and his personal investment partners including U.S. Bank and J.P. Morgan Chase.

4.   Plaintiff Erickson has now subsequently provided the United States Department of Justice (USDOJ) specific newly discovered whistleblower information and detailed records regarding hundreds of millions of dollars in exposed fraudulent foreclosure claims made by the Defendants and Court officers in this action.

## MEMORANDUM OF LAW

The Plaintiff maintains timely Constitutional due process civil rights for Rule 60 Relief to reopen this action for fraud and amend the complaint to include this new material fact information and require Judge Gayles recusal based on exposed financial conflicts of interests.

*FRCP Rule 60 – Relief from a Judgment or Order*

*(b) Grounds for Relief from a Final Judgment, Order, or Proceeding. On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:*

*(1) mistake, inadvertence, surprise, or excusable neglect;*

*(2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);*

*(3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;*

*(c) Timing and Effect of the Motion.*

*(1) Timing. A motion under Rule 60(b) must be made within a reasonable time—and for reasons (1), (2), and (3) no more than a year after the entry of the judgment or order or the date of the proceeding.*

*Fed. R. Civ. P. 8. To survive a motion to dismiss, a claim "must contain sufficient factual matter, accepted as true, to "state a claim to relief that is plausible on its face."*

Plaintiff's so called "Shotgun Complaint" pleadings are *Res Judicata* based upon approved banking real estate fraud complaint filings established under presiding Federal rulings settled by forty eight state sworn Attorney Generals of the United States of America.

A federal judge is expected to recuse himself pursuant to 28 U.S.C. § 455. Under § 455(a), recusal is mandatory in "any proceeding in which his impartiality might reasonably be questioned." Under § 455(b), a judge is expected to disqualify himself whenever any of the five

[2]

statutorily prescribed criteria can be shown to exist in fact, even if no motion or affidavit seeking such relief has been filed, and regardless of whether a reasonable person would question the judge's impartiality.

*Section 455(b) He shall also disqualify himself in the following circumstances:*

*(4)  He knows that he, individually or as a fiduciary, or his spouse or minor child residing in his household, has a financial interest in the subject matter in controversy or in a party to the proceeding, or any other interest that could be substantially affected by the outcome of the proceedings*

*(d)(4)  "financial interest" means ownership of a legal or equitable interest, however small*

*(June 25, 1948, ch. 646, 62 Stat. 908; Pub. L. 93–512, § 1, Dec. 5, 1974, 88 Stat. 1609; Pub. L. 95–598, title II, § 214(a), (b), Nov. 6, 1978, 92 Stat. 2661; Pub. L. 100–702, title X, § 1007, Nov. 19, 1988, 102 Stat. 4667; Pub. L. 101–650, title III, § 321, Dec. 1, 1990, 104 Stat. 5117.)*

## CONCLUSIONS

This Motion for Relief and Recusal is based on wholly new facts, related whistle blower information, willful blindness, fraud, misconduct, and discovered evidence unknown at the time of the original Complaint filing. Plaintiff could not reasonably know the financial dealings with Defendants of a yet to be assigned judge before the original Complaint filing. As previously displayed by his *sua sponte* Dismissal Order, due to cited improper financial conflicts of interest, Judge Gayles is incapable to proceed impartially and without animus against Pro-Se Plaintiff or further exercise unbiased judicial duties required for due process justice in this case.

Judge Gayles has creditor loan history with Defendant J.P. Morgan Chase that caused preferential *quid pro quo* treatment by his *sua sponte* review and dismissal Order. Judge Gayles has significant exposed investor financial interests in the subject matter in controversy and with Defendants U.S. Bank and J.P. Morgan Chase that will be substantially negatively affected by the outcome of these proceedings when the Plaintiff "ultimately prevails."

[3]

Exh.40 pg.
Exh.200 pg.58

## REQUIRED RELIEF

Pursuant to Federal Rules of Civil Procedure Rule 60, Plaintiff requires Relief from the June 26th, 2018 Dismissal Order [Document #4] based upon the stated facts, just terms, cited misconduct, Rule 60 grounds and newly discovered banking real estate fraud by court officers.

Said Reopening Relief would require the recusal of Judge Gayles from this and any future related U.S. Bank and J.P. Morgan Chase banking real estate fraud cases in this District. The Dismissal Order Relief also requires that all parties be reinstated to their prior positions in this action requiring Clerk issuance of Summons upon the Defendants and allow the filing of a Motion to Amend the Complaint for cause, grounds and reasons stated herein.

Filed: 6/24/19

*Carl Erickson*

Carl Erickson-Plaintiff
PO Box 370084 Miami FL 33137

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 24th day of June, 2019 a true and correct copy of the foregoing was provided via this Court's electronic filing system to the attorneys of record.

Served: 6/24/19

*Carl Erickson*

Carl Erickson-Plaintiff
PO Box 370084 Miami FL 33137

[4]

Exh.200 pg.59

## PART D -- INCOME

You may EITHER (1) file a complete copy of your 2013 federal income tax return, including all W2's, schedules, and attachments, OR (2) file a sworn statement identifying each separate source and amount of income which exceeds $1,000, including secondary sources of income, by completing the remainder of Part D, below.

☐ I elect to file a copy of my 2013 federal income tax return and all W2's, schedules, and attachments.
(If you check this box and attach a copy of your 2013 tax return, you need not complete the remainder of Part D.)

PRIMARY SOURCES OF INCOME (See instructions on page 6):

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| Salary, State of Florida | FL Dept of Financial Serv., Tallahassee, FL 32399 | $ 42,177.82 |
| Rental Income (Condo) | 133 NE 2nd Avenue, #2917, Miami, FL 33132 | $14,300.00 |

SECONDARY SOURCES OF INCOME (Major customers, clients, etc. of businesses owned by reporting person--See instructions on page 5)

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| N/A | | | |

## PART E -- INTERESTS IN SPECIFIED BUSINESSES [instructions on page 6]

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | N/A | | |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE ☐

## OATH

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete.

_____
SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

STATE OF FLORIDA
COUNTY OF Miami-Dade

Sworn to (or affirmed) and subscribed before me this 15
August 20 14 by Damian Gonzalez

_____
(Signature, Notary Public--State of Florida)

Chase A. Lalani
(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known ___ OR Produced Identification ___
Type of Identification Produced FDL

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form for you, he or she must complete the following statement:

I, _____, prepared the CE Form 1 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

_____                              _____
Signature                                                          Date

Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.

CE FORM 6 - Effective January 1, 2014
Adopted by reference in Rule 34-8.002(1), F.A.C.                                                   PAGE 2

Exh.200 pg.61

Complaint - Department of Justice

https://www.justice.gov/archive/opa/documents/complaint.pdf

IN THE UNITED STATES DISTRICT COURT ... 555 4 th. Street, NW.
) Washington, DC 20530. ) ) THE STATE OF ALABAMA. ... Montgomery, AL 36130.
) ) THE STATE OF ALASKA.: ) 1031 W. 4 th. Avenue, Ste .... 420
Montgomery Street Front ... Virginia, and the District of Columbia by and through their
undersigned attorneys ...

*HANDWRITTEN: 4/8 US ATTORNEYS FILED SAME COMPLAINT.*

Exh.200 pg.62

| FORM 6 | FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTEREST | 2013 |
|---|---|---|

Please print or type your name, mailing address, agency name, and position below:

**LAST NAME — FIRST NAME — MIDDLE NAME**
Gayles, Darrin Philip

**MAILING ADDRESS**
400 North Miami Avenue

**Room 10-2**

| CITY: Miami, FL | ZIP: 33128 | COUNTY: Miami-Dade |
|---|---|---|

**NAME OF AGENCY**
11th Judicial Circuit of Florida

**NAME OF OFFICE OR POSITION HELD OR SOUGHT:**
Circuit Judge

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

FOR OFFICE USE ONLY

87017

FLORIDA
COMMISSION ON ETHICS
AUG 1 * 2014
RECEIVED

PROCESSED

---

**PART A — NET WORTH**

Please enter the value of your net worth as of December 31, 2013, or a more current date. [Note: Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3.]

My net worth as of June 23, 20 14, was $ 424,534.00

---

**PART B — ASSETS**

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use.

The aggregate value of my household goods and personal effects (described above) is $ 57,300.00

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000:**

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| House, 157 NW 92nd Street, Miami Shores, FL 33150 | $425,000.00 |
| Condo, 133 NE 2nd Avenue, #2017, Miami, FL 33132 | $225,000.00 |
| Vehicle, 2005 Mercedes CLK Conv. | $7,700.00 |
| FRS Retirement Account | $360,460.00 |

---

**PART C — LIABILITIES**

**LIABILITIES IN EXCESS OF $1,000** (See instructions on page 4):

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Everhome Mortgage (House Mortgage) | $131,044.00 |
| Bank of America (2nd House Mortgage) | $176,613.00 |
| Chase (Condo Mortgage) | $116,034.00 |
| U.S. Department of Education | $101,275.00 |

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| N/A | |

CE FORM 6 - Effective January 1, 2014
Adopted by reference in Rule 34-8.002(1), F.A.C.

Continued on reverse side

PAGE 1

MACK WELLS
15024 S. RIVER DR.
MIAMI FL 33167

IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL ACTION

US BANK N.A.                                        CASE# 10-61928

PLAINTIFFS

Vs.

MACK WELLS

DEFENDANT

## MOTION FOR JUDGE THOMAS L. WILLIAMS TO RECUSE HIMSELF FROM CASE #10-61928 FOR HIS CONFLICT OF INTEREST

Comes now MACK WELLS acting Pro-Se here states Judge **THOMAS L. WILLIAMS**, says that BB&T BANK on his Form 6 Full and Public Disclosure of Financial interests is a Bank he's doing Business with, because he's doing Business with US Bank and helping them to make money so that he can make money by foreclosing and taking our property while acting as the Judge to take the property and not on the Merits of the case but for to make him and them money illegally. Here's proof, Judge **THOMAS L. WILLIAMS** is doing business with BB&T BANK as seen in his FORM 6, From Tallahassee called FULL AND PUBLIC DISCLOSURE OF FINANCIAL form, EXH. A, WELLS FARGO BANK is EXH. B, and is MORGAN STANLEY EXH. C, and MORGAN STANLEY is US BANCORP, EXH. D, and US BANCORP is US BANK EXH. E, the same US Bank that's foreclosing, Which is a major Conflict of Interest against us and there's more, EXH. I, I also have found that our case was directed to you in this Pool, so Judge REEMBERTO you must Recuse YOUR SELF.

Exh 200 pg 63

EXH 19

247

Exh. Exh 200 pg 64

# FORM 6

## FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS

2019

Please print or type your name, mailing address, agency name, and position below:

FOR OFFICE USE ONLY

2 0 0 1 2 4

LAST NAME — FIRST NAME — MIDDLE NAME
**THOMAS, WILLIAM L**

MAILING ADDRESS
**73 WEST FLAGLER STREET**

**SUITE 1307**

| CITY | ZIP | COUNTY |
|---|---|---|
| MIAMI | 33130 | MIAMI-DADE |

NAME OF AGENCY
**STATE OF FLORIDA**

NAME OF OFFICE OR POSITION HELD OR SOUGHT
**ELECTED CONSTITUTIONAL OFFICER-CIRCUIT COURT JUDGE**

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

FLORIDA
COMMISSION ON ETHICS

JUL 0 8 2019

RECEIVED

PROCESSED

### PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2018 or a more current date. [Note: Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3.]

My net worth as of July 1 , 20 19 was $130,000

### PART B — ASSETS

HOUSEHOLD GOODS AND PERSONAL EFFECTS:
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ **$20,000**

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Home ( Miami, Florida) | $565,000 |
| Bank Account | $11,000 |
| Retirement | $140,000 |

### PART C — LIABILITIES

LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Wells Fargo Mortgage (Mortgage) Atlanta, Georgia | $416,000 |
| TCF Bank (second Mortgage) Wayzata, Minnesota | $53,000 |
| American Educational Services (student loan) Harrisburgh, Pennsylvania | $49,000 |
| Toyota Camry Miami, Florida | $26,000 |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| | |
| | |

CE FORM 6 - Effective January 1, 2019
Incorporated by reference in Rule 34-8.002(1), F.A.C.

(Continued on reverse side)

PAGE 1

Exh 200 pg.65

44

## PART D – INCOME

Identify each separate source and amount of income which exceeded $1,000 during the year, including secondary sources of income. Or attach a complete copy of your 2018 federal income tax return, including all W2s, schedules, and attachments. Please redact any social security or account numbers before attaching your returns, as the law requires these documents be posted to the Commission's website.

☐ I elect to file a copy of my 2018 federal income tax return and all W2s, schedules, and attachments. [If you check this box and attach a copy of your 2018 tax return, you need not complete the remainder of Part D.]

**PRIMARY SOURCES OF INCOME** [See instructions on page 5]:

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| State of Florida | Tallahassee, Florida | 160,000 |
| | | |

**SECONDARY SOURCES OF INCOME** [Major customers, clients, etc., of businesses owned by reporting person—see instructions on page 5]

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

## PART E — INTERESTS IN SPECIFIED BUSINESSES [Instructions on page 6]

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | NONE | | |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

## PART F - TRAINING

For officers required to complete annual ethics training pursuant to section 112.3142, F.S.

☐ I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.

## OATH

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete.

William Thomas
Circuit Court Judge

[signature]

SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

STATE OF FLORIDA
COUNTY OF Miami-Dade

Sworn to (or affirmed) and subscribed before me this 1 day of July, 2019 by William L. Thomas

[signature]
Signature of Notary Public—State of Florida

Waldo Laurencio
(Print, Type, or Stamp Commissioned Name of Notary Public)

WALDO LAURENCIO
Notary Public - State of Florida
Commission # GG 061[illegible]
My Comm. Expires Feb 2, 2021

Personally Known ____ OR Produced Identification FL DL

Type of Identification Produced T52[illegible]-932-67-466-2

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form for you, he or she must complete the following statement:

I, ______________ prepared the CE Form 6 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

Signature ______________ Date ______________

**Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.**

**IF ANY OF PARTS A THROUGH F ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE** ☐

CE FORM 6 - Effective January 1, 2019
Incorporated by reference in Rule 34-8.002(1), F.A.C.

11:26

Exh.200 pg.66

45



ICMA is
MORGAN
STANLY

Mandy DeFilippo, managing director and head of
risk management for fixed income, currency and
commodities at Morgan Stanley, opened the
annual ICMA conference as the new chair of the
board on Thursday.
She has replaced Martin Egan, vice-chairman of
global markets client board at BNP Paribas. Jean-
Marc Mercier ....

Please take a trial or subscribe to
access this content.

Contact our subscriptions team to discuss
your access. subs@globalcapital.com

Or sign up for a trial to gain full access to the
entire site for a limited period.

FREE TRIAL        LOGIN

                    rate access

                    lobalCapital access for your
                    nt or company please contact
                    ales team at:
                    om or find out more

Proceed

20

10:29

globallegalchronicle.com

Exh. 23

Exh. 200 pg. 67

Exh 46

principal amount of 3.200% senior notes due 2029.

In addition, Equinix completed a concurrent tender offer for any and all of its outstanding 5.375% senior notes due 2022, 5.375% senior notes due 2023, and 5.750% senior notes due 2025, which were paid for with the proceeds from the senior notes offering.

Goldman Sachs & Co. LLC, BofA Securities, Inc., Citigroup Global Markets Inc., J.P. Morgan Securities LLC, Barclays Capital Inc., Morgan Stanley & Co. LLC, MUFG Securities Americas Inc., RBC Capital Markets, LLC, SMBC Nikko Securities America, Inc., TD Securities (USA) LLC, Deutsche Bank Securities Inc., ING Financial Markets LLC, BNP Paribas Securities Corp., HSBC Securities (USA) Inc., Mizuho Securities USA LLC, Wells Fargo Securities, LLC, PNC Capital Markets LLC, Scotia Capital (USA) Inc., and U.S. Bancorp Investments, Inc. are all the underxriters involved in the offering.

Equinix, an American multinational company headquartered in Redwood City, California, connects more than 9,800 companies directly to their customers and partners inside the world's most interconnected data centers. Today, businesses leverage the Equinix interconnection platform in 52 strategic markets across the Americas, Asia-Pacific, Europe, the Middle East and Africa.

The Davis Polk corporate team included partners Alan F. Denenberg (Picture) and Emily Roberts and associates Ali DeGolia and Caitlin Moyles Cunnane. Partner Rachel D. Kleinberg provided tax advice and associate J. Taylor Arabian provided 1940 Act advice.

**Involved fees earner:** Taylor Arabian – Davis Polk &

Exh. 200 pg. 68

Exh. 47

12:00                          LTE

Bobsguide.com

ICMA members elect new Chairman and new
board members - bobsguide.com

*ICMA is MORGAN STANLEY*

Click here for the full list of ICMA
board members. ... London; Mandy DeFilippo,
Morgan Stanley International PLC, London.

**PEOPLE ALSO SEARCH FOR**

🔍   icma members register

🔍   icma capital

🔍   icma events

🔍   icma international

Morgan Stanley                  PDF

Blue Bonds - Morgan Stanley

International Capital Market
Association (ICMA) — a ... LLC (collectively, " Morgan
Stanley"). Members SIPC. recommend.

LinkedIn

Mandy DeFilippo - Morgan Stanley - LinkedIn

Represents Morgan Stanley with industry
organisations, including the ICMA, where she is
Chair of the Board. ... Member of the Executive
Board.

Exh.200 pg.69

12:48   Opensecrets.org › personal-finances

Zoe Lofgren - Assets - Personal Finances - OpenSecrets

Wells Fargo/ICMA Deferred Compensation, Cash /Money Market/Savings/Checking, $100,001, $250,000 ... Morgan Stanley Global Equity Allocation, Mutual Fund, $16,002, $65,003.

Wells Fargo is
ICMA

Broke And Broker › finra-cwc-email

FINRA Fines and Suspends Rep for Emailing Confidential Info Of 1,698 Plan ...

Apr 3, 2019 · ... and by 2010, he was registered with FINRA member firm ICMA-RC Services ("RC Services") and also  n employee of IRC, ...

Intuit › financial-institution · PDF

Quicken Windows - Intuit

Mar 12, 2019 · 401k EPIC Plan Access https:// www.goretire.com/ ... ICMA Retirement Corporation ... Morgan Stanley Wealth. Management.

foprhs.org › chart-of-the-week

Top Ten Countries in the MSCI EAFE Index (as of 6/30/17) | ICMA-RC

Jul 21, 2017 · The Morgan Stanley Capital International ("MSCI") Europe, Australasia, and Far East Index ("EAFE") is a benchmark ...

Seeking Alpha › article › 40521...

SPY-ing On Your 401(K): How Much To Contribute? | Seeking Alpha

Exh.200 pg.70

*Wells Fargo is I cma.* (handwritten)

Linkedin

**Richard Stephens - Fixed Income Sales -**
**Wells Fargo Securities | Linkedin**

Wells Fargo SecuritiesICMA Centre, United
Kingdom500+ ... Activities and Societies: ICMA,
Investment Club - FICC, Montpellier Business ...

Linkedin

**Adam Bramley - Vice President, Core**
**Markets South Central Territory - ICMA ...**

Work alongside Wells Fargo Private Banker and
Financial Advisor to grow Wells Fargo's affluent...

Glassdoor · ICMA-RC/nd

**ICMA-RC Retirement Plan Specialist Salaries**
**| Glassdoor**

Aug 22, 2019 — Specialist: $52525. ICMA- RC
salary trends based on salaries posted
anonymously by ICMA-RC employees. ... Wells
Fargo ...

InvestmentNews

**ICMA-RC Services, LLC - Advisers on the**
**Move - InvestmentNews**

3. Merrill Lynch, Pierce, Fenner & Smith
Incorporated, 139. 4. Wells Fargo Clearing Services,
LLC (formerly Wells Fargo Advisors, LLC), 115 ...

RELATED SEARCHES

ICMA

← Blue Bonds is Morgan Stanley 18


Exh. 200 pg.7

11:01 LTE

Ex. pg.72

WACHOVIA

Image: edition.channel5belize.com

**Wachovia Bank** is a wholly owned subsidiary of Wells Fargo & Company. The purchase of **Wachovia** Corporation by Wells Fargo was completed on December 31, 2008. **Wachovia** was the fourth-largest **bank** holding company in the US based on total assets.

Reference: www.relbanks.com/usa/wachovia-bank

Feedback

**PEOPLE ALSO ASK**

What bank took over Wachovia?

What is the history of Wachovia Bank?

What time does Wachovia Bank Open?

How to access a Wachovia checking account?

Wachovia Is Now Wells Fargo - Wells

10:56    LTE

Exhibit

Exh.20   pg.7

### Wells Fargo to Buy Wachovia in $15.1 Billion Deal - The ...

https://dealbook.nytimes.com/.../03/wells-farg...

Oct 03, 2008 · Wells Fargo said early Friday that it would merge with Wachovia — including the troubled Charlotte bank's banking operations — in a $15.1 billion all-stock merger.. The announcement comes only four days after...

### Welcome to Audi Wichita | Audi Sales & Service in Kansas

https://www.audiwichita.com

Experience firsthand the exhilaration that comes with driving an impeccably designed Audi at Audi Wichita, where the sleek new models in our showroom are all designed with the utmost luxury in mind. Our expert staff will help guide you to th...

### Audi e-tron | The first purely electric SUV from Audi ...

https://www.audiusa.com/models/audi-e-tron

A new era of electric is here. Meet the Audi e-tron®, the only electric SUV built with Audi DNA. With ample space for everyday life, long-range capability and exhilarating performance with quattro® all-wheel drive, this is way more than ...

### Bank Owned Homes | REO proper   🔍 Wells Fargo

https://reo.wellsfargo.com

Note: Employees and family members residing

10:36 LTE

Exh.200 pg.74

Exh. 53

wells fargo owns wachovia

ALL IMAGES VIDEOS NEWS SHOPPING

## Does Wells Fargo own Wachovia?

**Wachovia Bank** is a wholly owned subsidiary of Wells Fargo & Company. The purchase of Wachovia Corporation by Wells Fargo was completed on December 31, 2008.

Wachovia Bank - Banks around the W...
www.relbanks.com/north-america/usa/wachovi...

Feedback

PEOPLE ALSO ASK

When did Wells Fargo take over Wachovia?

Is Wells Fargo a good bank to bank with?

When did Wachovia Bank change their name to Wells Fargo?

What did Wells Fargo do?

Wachovia Is Now Wells Fargo - Wells Fargo

Exh.200 pg.7\5

Exh.54

10:56

## Wachovia Dealer Services Reviews and Complaints @ Pissed ...
https://**wachovia-dealer-services**.pissedconsu...

My wife and I purchased an Audi A4 financed through WFS (Wachovia Dealer Services) and have always paid our monthly on time, never missed a payment. In April 2012, we decided trade in our Audi for a Volkswagen CC and of course...

Wachovia's Audi

## Audi Financial Services | Audi Australia
https://www.**audi**.com.au/a/i/web/en/financial-se...

We offer individually tailored finance solutions that suit your budget, your lifestyle and your new Audi. Because no-one understands Audi vehicles like we do. If you are an existing Audi Financial Services customer and have been affected by ...

## Top 8 Reviews of Wachovia Dealer Services
https://**mythreecents**.com/reviews/**wachovia-d**...

WESTMINSTER, MARYLAND -- In October of 2005, I purchased a 2006 Tiburon financed trough Wachovia dealer services. My husband co-signed for me. In May of 2008, I leave my job to find my car gone. I called the police to report that it was...

## Wells Fargo to Buy Wachovia in $15.1 Billion Deal - The ...
https://**dealbook.nytimes.com**/.../03/wells

Oct 03, 2008 · Wells Fargo said early Friday that it would merge with Wachovia — including the troubled Charlotte bank's banking operations — in

**U.S. Bancorp's (USB) Sell Rating Reaffirmed at Morgan Stanley**
https://machmelareport.com/2019/11/19/u-s-ba...

Morgan Stanley reduced their sell rating on shares of U.S. Bancorp (NYS...USB) in a research report on Monday morning, Analyst Ratings.com reports. Morgan Stanley currently has a $62.00 target price on the...

**MORGAN STANLEY: Here are 5 reasons why US stocks will ...**
https://markets.businessinsider.com/news/stock...

... The US stock market can drop more than 5% in the first half of 2020 after surging on coronavirus concerns, Morgan Stanley said. The S&P 500's correction of 35% risk-reward small and Setup I.d...

**U.S. Bancorp to Speak at the Morgan Stanley Financials ...**
https://www.businesswire.com/news/home/2019

U.S. Bancorp (NYSE: USB) announced today that Chairman, President and Chief Executive Officer Andy Cecere along with Vice Chairman and Chief Financial U.S. Bancorp so Sacill...

**Top Research Reports for Morgan Stanley, U.S. Bancorp ...**
https://www.nasdaq.com/articles/top-research...

Jan 31, 2020 ... You can read the full research Report on Morgan ... Shares of U...

Filing # 103969659 E-Filed 02/26/2020 04:36:06 PM

Exh 56

**IN THE COURT OF ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI DADE COUNTY, FLORIDA**

US BANK NA.

Plaintiff,

vs.

MACK WELLS

Defendant.

CIVIL DIVISION
CASE NO. CA-01 2010-61928

# NOTICE OF PRODUCTION FROM NONPARTY

TO: US BANK NA

YOU ARE NOTIFIED that, after **10 days** from the date of service of this notice, the undersigned will apply to the clerk of this Court for issuance of the attached subpoena directed to . who is not a party, to produce the items listed at the time and place specified in the subpoena. Objections to the issuance of this subpoena must be filed with the clerk of the circuit court within **10 days**.

I certify that a copy of this document was ( x ) mailed ( x ) faxed and mailed ( x ) e-mailed ( X ) hand-delivered to the person(s) and/or their legal representatives on *2/27/20*.

Other party or his/her attorney (if represented)

Blank Rome, LLP
500 E Broward Blvd Ste 2100
Fort Lauderdale, FL 33394-3023
Office: 954-512-1800
email: dhurtes@blankrome.com

Other Non-Party-VERONICA DIAZ

73 W Flagler St Ste 308
Miami, FL 33130-1707
vdiaz@jud11.flcourts.org
305-349-7078

Signature of Party
s/Mack Wells-Plaintiff
15?20 S. River Drive Miami FL 33157
786-859-9421
BigBoss1043@yahoo.com

Exhibit 5A

US Bancorp to Buy Wachovia Trust,
Custody Operations ...
https://www.plansponsor.com/us-bancorp-to-b...

May 11, 2007 · November 29, 2005
(PLANSPONSOR.com) - US Bancorp has
announced that US Bank, N.A. has entered an
agreement to purchase Wachovia Corporation's
corporate trust and institutional custody books ...

How a big US bank laundered billions
from Mexico's ...
https://www.theguardian.com/world/2011/apr/0...

Apr 02, 2011 · In March 2010, Wachovia settled the
biggest action brought under the US bank secrecy
act through the US ...

Author: Ed Vulliamy

U.S. Bancorp - Wikipedia
https://en.m.wikipedia.org/wiki/U.S._Bancorp

U.S. Bancorp (stylized as us bancorp) is an
American bank holding company based in
Minneapolis, Minnesota, and incorporated in
Delaware. It is the parent company of U.S. Bank
National Association, which is the 5th largest ba...

Headquarters: US Bancorp Center ...
Revenue: US$22.057 billion (2017)
Founded: September 9, 1968; 51 years ago
Number of employees: 74,000 (September...

US BANCORP IS
US BANK

The Long-Term Case for Wells Fargo
and US Bancorp

globallegalchronicle.com

Exh.200 pg.54

Exh.36

principal amount of 3.200% senior notes due 2029.

In addition, Equinix completed a concurrent tender offer for any and all of its outstanding 5.375% senior notes due 2022, 5.375% senior notes due 2023, and 5.750% senior notes due 2025, which were paid for with the proceeds from the senior notes offering.

Goldman Sachs & Co. LLC, BofA Securities, Inc., Citigroup Global Markets Inc., J.P. Morgan Securities LLC, Barclays Capital Inc., Morgan Stanley & Co. LLC, MUFG Securities Americas Inc., RBC Capital Markets, LLC, SMBC Nikko Securities America, Inc., TD Securities (USA) LLC, Deutsche Bank Securities Inc., ING Financial Markets LLC, BNP Paribas Securities Corp., HSBC Securities (USA) Inc., Mizuho Securities USA LLC, Wells Fargo Securities, LLC, PNC Capital Markets LLC, Scotia Capital (USA) Inc., and U.S. Bancorp Investments, Inc. are all the underwriters involved in the offering.

Equinix, an American multinational company headquartered in Redwood City, California, connects more than 9,800 companies directly to their customers and partners inside the world's most interconnected data centers. Today, businesses leverage the Equinix interconnection platform in 52 strategic markets across the Americas, Asia-Pacific, Europe, the Middle East and Africa.

The Davis Polk corporate team included partners Alan F. Denenberg (Picture) and Emily Roberts and associates Ali DeGolia and Caitlin Moyles Cunnane. Partner Rachel D. Kleinberg provided tax advice and associate J. Taylor Arabian provided '940 Act advice.

Involved fees earner:

Filing # 27202143 E-Filed 05/12/2015 04:17:46 PM

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

U.S. Bank, National Association, as Trustee for      GENERAL JURISDICTION DIVISION
RASC 2005AHL3

                                       Case No. 2010-61928-CA-01

            Plaintiff,

vs.

Leroy Williams; et al.,

            Defendants.
_____/

### NOTICE OF DROPPING PARTY

      Pursuant to the provisions of Florida Rules of Civil Procedure, Rule 1.250(b), Plaintiff, U.S. Bank, National Association, as Trustee for RASC 2005AHL3, by and through its undersigned counsel, hereby gives notice of dropping WELLS FARGO BANK, NATIONAL ASSOCIATION, AS SUCCESSOR BY MERGER TO WACHOVIA BANK, NATIONAL ASSOCIATION as parties to the above styled action.

### CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Dropping Party, was mailed electronically or via U.S. Mail on May 12, 2015 to all persons shown on the following service list.

                                  BROCK & SCOTT, PLLC
                                  Attorney for Plaintiff
                                  1501 N.W. 49th Street, Suite 200
                                  Ft. Lauderdale, FL 33309
                                  Phone: (954) 618-6955, ext. 6152
                                  Fax: (954) 618-6954
                                  FLCourtDocs@brockandscott.com

                                  By_____
                                  Jonathan Wilinsky, Esq.
                                  Florida Bar No. 45200

### SERVICE LIST

#### The following persons were served by e-mail:

Miami-Dade County, Florida
c/o Thomas H. Robertson, Esq.
111 NW 1st Street
Miami, FL 33128
robert@miamidade.gov

Filing # 180112787 E-Filed 08/21/2023 12:29:24 PM

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2021-CA-012227

MICAHIEL NICHLOSON,

      Plaintiff,

v.

LANCASTER MORTGAGE BANKERS
LLC, *et al.*,

      Defendants.

_____/

### DEFENDANTS' MOTION TO STRIKE LIS PENDENS

Defendants, DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE
UNDER THE POOLING AND SERVICING AGREEMENT SERIES RAST 2006-A8 (CSFB)
("DB-A8") and DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE
RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A8 MORTGAGE PASSTHROUGH
CERTIFICATES SERIES 2006-H UNDER THE POOLING AND SERVICING AGREEMENT
("DB-H") (collectively, "Defendants"), through undersigned counsel, hereby files this Motion to
Strike Lis Pendens and ask the Court to strike the Notice of Lis Pendens filed by Plaintiff Micahiel
Nichloson ("Nichloson") in this action on August 18, 2023.

### I.     BACKGROUND

1.     Nichloson and other related parties have filed countless lawsuits, frivolous motions,
appeals and bankruptcies relating to the property commonly described as 1977 NE 119th Road,
Miami, FL 33181 (the "Property"). The entire basis for the instant lawsuit surrounds a foreclosure
action involving the subject Property, which Nichloson and other affiliated parties have spent well
over ten (10) years challenging. Ultimately, the instant lawsuit fails because judgment has been

140383.06834/132732332v.1

entered in favor of DB-A8 in the underlying foreclosure, which thereby stripped Nichloson of any interest he may have in the Property. Although Nichloson and other parties named in the underlying foreclosure have attempted to challenge the validity of the claims asserted therein by DB-A8 in the form of frivolous motions, appeals and collateral lawsuits, every court has outright rejected these challenges.

2.      On or about October 20, 2005, Leroy Williams ("Borrower") executed and delivered a *Note* (the "Note") to Lancaster Mortgage Bankers. On that same day, Borrower executed and delivered a *Mortgage* (the "Mortgage") to Lancaster Mortgage Bankers, which secured the Note. On November 16, 2005, the Mortgage was recorded in Official Records Book 23966, Page 3465 of the Public Records of Miami-Dade County, Florida.

3.      On June 18, 2007, DB-A8 filed a foreclosure action against Borrower based on the same Note and Mortgage ("Foreclosure").[1] The copy of the Note attached to DB-A8's complaint contained a specific endorsement from the original lender to IndyMac Bank, F.S.B., and then from IndyMac Bank, F.S.B. to blank. On April 8, 2008, DB-A8 was granted leave to amend its complaint. It should be noted that Nichloson was not a party to the Foreclosure since he had absolutely zero recorded interest in the Property. On April 28, 2008, a Final Judgment of Foreclosure ("Judgment") was entered in favor of DB-A8, which scheduled the related sale for June 12, 2008.

4.      Notwithstanding the entry of Judgment, associates of Nichloson filed countless post-judgment motions, appeals and bankruptcies, all of which were frivolous, in a concerted effort to stall the Foreclosure and sale of the Property. Eventually, the related foreclosure sale was held

---

[1] The Prior Foreclosure was styled *Deutsche Bank National Trust Company as Trustee under the Pooling and Servicing Agreement Series RAST 2006-A8 v. Leroy Williams, et al.,* Miami-Dade County Circuit Court Case No. 2007-CA-18226.

<center>2</center>

on June 22, 2017, **which was nine years after the entry of Judgment,** and the Property was sold to DB-A8. On June 27, 2017, the Clerk of Courts filed a Certificate of Sale that memorialized the foregoing. Although Nichloson's associates continued to file frivolous motions and appeals in an attempt to stop the Foreclosure, the Clerk of Courts issued a Certificate of Title on September 28, 2017. Regrettably, the Certificate of Title mistakenly indicated the Property was sold to DB-H. Ultimately, on March 13, 2018, the Clerk of Courts entered an Amended Certificate of Title, which correctly stated the Property was sold to DB-A8. Although Nichloson's associates continued to take meritless action in the Foreclosure through June 2020, the Judgment and Amended Certificate of Title were not vacated or overturned through any of the related appellate litigation.

5.      On March 20, 2023, Nichloson filed filed the most recent complaint. Importantly, the most recent complaint does not contain a count for "foreclosure."[2]

6.      On August 18, 2023, more than six years after the foreclosure sale of the Property, Nichloson filed a Notice of Lis Pendens (the "Lis Pendens"). A true and correct copy of the filed Lis Pendens is attached hereto as **Exhibit A**.

7.      Nichloson has never had an interest in the Property. Further, the Lis Pendens is facially deficient. As shown below, the Lis Pendens is improper and must be stricken.

## II.      ARGUMENT

8.      Our Supreme Court has recognized that the improper filing of a lis pendens can be damaging to other parties. *Med. Facilities Dev., Inc. v. Little Arch Creek Props., Inc.*, 675 So. 2d 915, 917 (Fla. 1996) ("the wrongful filing of a notice of lis pendens can be damaging"); *see also Wiggins v. Dojcsan*, 411 So. 2d 894 (Fla. 2d DCA 1982) (holding a complaint which will not

---

[2] On June 30, 2023, Nichloson filed an additional complaint without leave.

3

support a claim against the specific property at issue cannot provide a basis for tying it up by a filing of notice of lis pendens).

9.      A plaintiff may record a notice of lis pendens on property as a matter of right if the lis pendens is founded on a properly recorded instrument (such as a mortgage or quit claim deed recorded in the county's public records). *See* § 48.23(3), Fla. Stat.; *LB Judgment Holdings, LLC v. Boschetti*, 271 So. 3d 115, 118-19 (Fla. 3d DCA 2019). Here, there is no instrument that permits Nichloson to record a lis pendens.

10.      Even if there was such an instrument, the Lis Pendens is facially deficient because it fails to meet the requirements of § 48.23(2). It states that the claim is for "foreclosure of mortgage" but there is no such claim pled in the most recent complaint. Nor could there be because Nichloson does not have a security instrument that encumbers the Property, nor does he have any other interest in the Property.

11.      A lis pendens is used only to show others that there is a pending suit involving title to a certain piece of real property. *Seligman v. N. Am. Mortg. Co.*, 781 So. 2d 1159, 1163 (Fla. 4th DCA 2001) (citing *DePass v. Chitty*, 90 Fla. 77, 105 So. 148, 149 (Fla. 1925) (discussing how the term lis pendens literally implies a pending suit and how the doctrine of lis pendens is defined as the jurisdiction, power, or control which courts acquire over property involved in a suit pending the continuance of the action **and until final judgment therein**). There is no non-frivolous action that involves title to the Property. Nichloson's most recent complaint is clearly frivolous and the Lis Pendens is facially deficient. Accordingly, the Lis Pendens is unwarranted and improper – the Lis Pendens must be stricken.

WHEREFORE, Defendants, DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT SERIES RAST 2006-

4

A8 (CSFB) and DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE

RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A8 MORTGAGE PASSTHROUGH

CERTIFICATES SERIES 2006-H UNDER THE POOLING AND SERVICING AGREEMENT,

respectfully request that the Court enter an order striking the Notice of Lis Pendens filed on August

18, 2023, and permit Defendants to record the order to serve as notice that there is no pending

litigation that involves title to the Property.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed

this August 21, 2023, with the Clerk of the Circuit Court using the Florida Courts E-Filing Portal.

I also certify that, in accordance with Florida Rule of General Practice and Judicial Administration

2.516, the foregoing document is being served on all pro se parties identified below by U.S. Mail:

Micahiel Nichloson, 15020 S. River Drive, Miami, FL 33167 and 1977 NE 119th Rd., Miami, FL

33181.

**BLANK ROME LLP**
100 S. Ashley Drive, Suite 600
Tampa, FL 33602
Telephone: (813) 255-2324
Facsimile: (813) 433-5352
E-Service: BRFLeservice@BlankRome.com

*/s/ Michael R. Esposito*
MICHAEL R. ESPOSITO
Florida Bar No. 37457
Michael.Esposito@BlankRome.com
NICOLE R. TOPPER
Florida Bar No. 558591
Nicole.Topper@BlankRome.com

5

# Exhibit "A"

Filing # 180036012 E-Filed 08/18/2023 08:31:07 PM

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR

MIAMI DADE COUNTY FLORIDA CIVIL ACTION

MICAHIEL NICHLOSON

Plaintiff

CASE NO. 2021- 012227 (CA 01)

v.

LANCASTER MORTGAGE LLC CO.,
DEUTSCHE BANK NATIONAL TRUST CO.
AS TRUSTEE UNDER THE POOLING AND
SERVICING AGREEMENT SERIES RAST
2006-A8 (CSFB),
Defendant's

## NOTICE OF LIS PENDENS

TO THE ABOVE NAMED DEFENDANT (S) WHOM AND ALL OTHERS WHOM IT
MAY CONCERN: YOU ARE HEREBY NOTIFIED THAT SUIT WAS INSTITUTED BY THE
ABOVE NAMED PLAINTIFF, AGAINST THE ABOVE NAMED DEFENDANT(S) ON
5/24/2021 IN THE ABOVE NAMED PLAINTIFF, AGAINST THE ABOVE NAMED
DEFENDANT(S) ON 5/24/2021 IN THE ABOVE STYLED CAUSE, INVOLVING THE
FOLLOWING DESCRIBED PROPERTY, SITUATED, LYING AND BEING IN MIAMI-
DADE COUNTY FLORIDA, TO WIT: LEGAL DESCRIPTION LOT 103 BLOCK 14 OF
SANS SOUCI ESTATES, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN
PLAT BOOK 50, AT PAGE 86, OF THE PUBLIC RECORDS OF MIAMI -DADE COUNTY,
FLORIDA. 1977 NE 119 RD MIAMI FLA. 33181. FLORIDA RELIEF SOUGHT AS SUCH
PROPERTY IS FOR FORECLOSURE OF MORTGAGE HELD BY DEFENDANT AGAINST
THE PREMISES

Folio# 06-2224011-3400

MICAHIEL NICHLOSON
1977 NE 119th ST.
MIAMI FL.33181

Loan No: ████████

Mortgagee: LEROY WILLIAMS

Address:    15020 SOUTH RIVER DRIVE
            MIAMI, FL 33167

Loan Amount:$ 448,000.00

## ALLONGE TO NOTE

PAY TO THE ORDER OF:

### RESIDENTIAL FUNDING CORPORATION

WITHOUT RECOURSE

Assistant Secretary
Axiom Financial Services

PAY TO THE ORDER OF
U.S. Bank National Association as Trustee
WITHOUT RECOURSE
Residential Funding Corporation
By:
Judy Faber, Vice President

MIN # 100176105062733202              WILLIAMS                 Loan # 0506273320
AHL 620017.UFF                        Page 1 of 1

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY FLORIDA CIVIL ACTION

U.S. BANK NATIONAL ASSOCIATION
AS TRUSTEE FOR RASC AHL3,
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS (MERS), AXIOM FINANCIAL
SERVICES, RESIDENTIAL FUNDING
CORPORATION

Plaintiff,

V.

CASE: 2010-61928-CA01

MACK WELLS

Defendants,

## <u>CONSENT TO REMOVAL</u>

1. Defendant Leroy Williams is familiar with the terms of the Notice of
   Removal of Defendant Mack Wells.

2. Without conceding that service was proper, the undersigned Defendant
   hereby consents to the removal of this action to this Court of Common
   Pleas of Dade County.

3. By filling this Consent, the Defendant does not waive and expressly
   reserves all defenses, including without limitation any defense of lack of
   personal jurisdiction.

Dated: July 26, 2023               By:_____

                                          LEROY WILLIAMS

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY FLORIDA CIVIL ACTION


U.S. BANK NATIONAL ASSOCIATION
AS TRUSTEE FOR RASC AHL3,
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS (MERS), AXIOM FINANCIAL
SERVICES, RESIDENTIAL FUNDING
CORPORATION

Plaintiff,

CASE: 2010-61928-CA01

V.


MACK WELLS

Defendants,


# <u>CONSENT TO REMOVAL</u>

1. Defendant Hoke Williams is familiar with the terms of the Notice of
   Removal of Defendant Mack Wells.

2. Without conceding that service was proper, the undersigned Defendant
   hereby consents to the removal of this action to this Court of Common
   Pleas of Dade County.

3. By filling this Consent, the Defendant does not waive and expressly
   reserves all defenses, including without limitation any defense of lack of
   personal jurisdiction.

Dated: July 26, 2023              By:_____
                                       HOKE WILLIAMS

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY FLORIDA CIVIL ACTION


U.S. BANK NATIONAL ASSOCIATION
AS TRUSTEE FOR RASC AHL3,
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS (MERS), AXIOM FINANCIAL
SERVICES, RESIDENTIAL FUNDING
CORPORATION

Plaintiff,

CASE: 2010-61928-CA01

V.


MACK WELLS

Defendants,


## CONSENT TO REMOVAL

1. Defendant James Littlejohn is familiar with the terms of the Notice of Removal of Defendant Mack Wells.

2. Without conceding that service was proper, the undersigned Defendant hereby consents to the removal of this action to this Court of Common Pleas of Dade County.

3. By filling this Consent, the Defendant does not waive and expressly reserves all defenses, including without limitation any defense of lack of personal jurisdiction.

Dated: July 26, 2023            By:_____
                                      JAMES LITTLEJOHN

Exh. 28 pg 4

LAST PAGE

Assessor's Property Tax Parcel/Account Number(s): ______

IN WITNESS WHEREOF, The said first party has signed and sealed these presents the day and year first above written. Signed, sealed and delivered in presence of:

Signature of Witness: Clyde McPhatter

Printed Name of Witness: Clyde McPhatter

Signature of First Party: [signatures]

Printed Name of First Party: Hattie Williams, Mack Walls, James Littlejohn, Leroy Williams, Curtis McNeal

Address of Witness: 2220 NE 165 St Miami FL 33160

2nd witness James Baker 1922 NE 118th Rd Miami FL
James Bookman

State of Florida
County of Miami DADE ] ss.

Preparer: Clyde Ward 15020 S. Riverside Miami FL 33167
Clyde Ward

I certify that I know or have satisfactory evidence that Hattie Williams, Curtis McNeal, Mack Walls, James Littlejohn, Leroy Williams (name of person) is the person who appeared before me, and said person acknowledged that (he/she) signed this instrument, on oath stated that (he/she) was authorized to execute the instrument and acknowledged it as ______ (officer, trustee, etc.) of ______ (name of party on behalf of whom instrument was executed) to be the free and voluntary act of such party for the uses and purposes mentioned in the instrument.

Dated: 1-20-2013

Signature: Fannie Mitchell

(Seal or Stamp)

FANNIE K. MITCHELL
MY COMMISSION EXPIRES
March 24, 2015
EE 077593
NOTARY PUBLIC, STATE OF FLORIDA

Title: ______

My appointment expires: ______

© 2004, Socrates Media, LLC

WITNESSETH, That the said first party, for good consideration and for the sum of — Ten dollar —

Dollars ($ 10.00 )

paid by the said second party, the receipt whereof is hereby acknowledged, does hereby remise, release and quitclaim unto the said second party forever, all the right, title, interest and claim which the said first party has in and to the following described parcel of land, and improvements and appurtenances thereto in the County of __Miami-Dade__

State of Florida, to wit:

Legal Description: 42 FR 41 1.19 PC RB
44-98 Biscayne Gardens Sec E Part 1 Lot
105 Lot Size 100.000 x 516

Folio Number: 30 8123022 (050)



Select Year: 2022 Go

# The 2022 Florida Statutes (including 2022 Special Session A and 2023 Special Session B)

| Title VI | Chapter 65 | View Entire Chapter |
|---|---|---|
| CIVIL PRACTICE AND PROCEDURE | QUIETING TITLE | |

**65.041    Real estate; removing clouds; defendants.**—No person not a party to the action is bound by any judgment rendered adverse to his or her interest, but any judgment favorable to the person inures to that person's benefit to the extent of his or her legal or equitable title.

**History.**—s. 2, ch. 10221, 1925; CGL 5007; s. 20, ch. 67-254; s. 345, ch. 95-147.

**Note.**—Former s. 66.13.

Copyright © 1995-2023 The Florida Legislature • Privacy Statement • Contact Us

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.:  2010-61928 CA 01

U.S. BANK NATIONAL ASSOCIATION, AS
TRUSTEE FOR RASC 2005AHL3,

Plaintiff,

-vs-

LEROY WILLIAMS, et al.,

Defendants.

Proceedings had and taken place before the
Honorable Veronica Diaz, one of the Judges of said Court,
at the Miami-Dade County Courthouse, 73 West Flagler
Street, Miami, Florida, on Tuesday, the 19th day of
November 2019, commencing at the hour of 10:50 a.m., and
being a hearing.

*Ex. 3*

## PART D — INCOME

Identify each separate source and amount of income which exceeded $1,000 during the year, including secondary sources of income. Or attach a complete copy of your 2016 federal income tax return and all W-2's, schedules, and attachments. Please redact any social security or account numbers before including such information, as that tax return with attachments will be posted to the Commission's website.

☑ I elect to file a copy of my 2016 federal income tax return and all W-2's, schedules, and attachments.
(If you check this box and attach a copy of your 2016 tax return, you need not complete the remainder of Part D.)

**PRIMARY SOURCES OF INCOME** (See Instructions on page 5)

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| Circuit Court Judge | State of Florida | $146,000.00 |
| Santander | 216-218 Santander Avenue, Coral Gables, FL | 72,000.00 |

**SECONDARY SOURCES OF INCOME** (Major customers, clients, etc., of businesses owned by reporting person—see instructions on page 5)

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| Quail Heights | Quail Property Rentals | P.O. Box 850 McAfee, NJ | Property Rentals |
| Forks Heights | Fork Heights Property Rentals | P.O. Box 850, McAfee, NJ | Property Rentals |

### PART E — INTERESTS IN SPECIFIED BUSINESSES [Instructions on page 6]

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | Santander, LLC | Fork Heights, LLC | Quail Heights |
| ADDRESS OF BUSINESS ENTITY | 216-218 Santander Ave, Coral Gables, FL | P.O. Box 850 McAfee, NJ | P.O. Box 850 McAfee, NJ |
| PRINCIPAL BUSINESS ACTIVITY | Property Rentals | Property Rentals | Property Rentals |
| POSITION HELD WITH ENTITY | Partner | Partner | Partner |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | Yes | Yes | Yes |
| NATURE OF MY OWNERSHIP INTEREST | 50% | 33.33% | 33.33% |

### PART F — TRAINING

For officers required to complete annual ethics training pursuant to section 112.3142, F.S.

☐ I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.

## OATH

STATE OF FLORIDA
COUNTY OF Miami-Dade

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete.

Sworn to (or affirmed) and subscribed before me this 29 day of June, 20 17 by John Shlesinger

(Signature of Notary Public-State of Florida)

Marly Cordova
(Print, Type, or Stamp Commissioned Name of Notary Public)

John Schlesinger
Circuit Court Judge
SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

☐ Personally Known    OR    Produced Identification _____
Type of Identification Produced _____

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form for you, he or she must complete the following statement:

I, _____, prepared the CE Form 6 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

_____                          _____
Signature                          Date

Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.

**IF ANY OF PARTS A THROUGH F ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE ☐**

CE FORM 6 - Effective January 1, 2017
Incorporated by reference in Rule 34-8.002(1), F.A.C.

PAGE 2

Because something strange has Happened out of nowhere! Judge Valerie *Manno Schurr's SIGNATURE and NAME shows up on the DISMISSAL WITH PREJUDICE that was done by Judge ZABEL's Order of Dismissal With* PREJUDICE 04/07/2010  THE YEAR AFTER Judge Valerie Manno Shurr BECOMES JUDGE RIGHT BEFORE SHE mistereouly dose another Dismissal with Prejudice 04/07/2010 exactly one year after Judge Zabe*l's     /    /     Order* of Dismissal With Prejudice to take over our case to save U.S. BANK FROM US and save JUDGE ZABEL, THEIR LAWYERS FROM THE WRATH OF THEIR BOSS **_GMAC (US BANK)_** WHO HAD ALREADY PAID THEM TO SAVE U.S. BANK FROM US. JUDGE VALERIE MANNO SHURR *is who we're just now finding out* that THE BANKS PAID HER TO TRICK US INTO BELIEVING THAT WE WERE SAFE FROM US BANK WITH THE DISMISSAL WITH PREJUDICE AND THEN THREE MONTHS LATER JUDGE VALERIE MANNO SHURR CHANGES IT TO DISMISSAL WITHOUT PREJUDICE IN AN ILLEGAL EXPARTE HEARING WITHOUT US KNOWING SO THAT US BANK COULD AND START THE SAME CASE OVER WITHOUT NOTICE TO US! WHY DID **_GMAC (US BANK)_** PAY JUDGE VALARIE MANNO SHURR TO AKE OVER OUR CASE WAS BECAUSE JUDGE ZABEL *DISMISSED WITH PREJUDICE US BANK'S CASE    /    /2009* AS SEEN ON THE DOCKET CASE NUMBER 2007-12407-CA-01 LINE 10, Exh. C. And FORD MOTOR *CO. V. CALLOWAY SAYS A JUDGE CAN'T CHANGE ANOTHER JUDGE'S ORDER SO,* JUDGE VALARIE MANNO SHURR FILED HER DUPLICATE DISMISSAL WITH *PREJUDICE SAMPLE ZABEL'S ORDER FILED    /    /     AND SHURR'S*

DUPLICATE ORDER FILED 04/07/2010 AS SEEN ON THE DOCKET CASE NUMBER 2007-12407-CA-01 LINE 10 AND 11, Exh. C. ALL DONE SO THAT SHE COULD IN AN ILLEGAL EXPARTE HEARING IN VIOLATION OF FLORIDA STAT. 702.07 WITH THE PLAINTIFF US·BANK CHANGE HER OWN ORDER TO DISMISSAL WITHOUT PREJUDICE, Exh. F. TO HELP ***GMAC (US BANK). STEAL SO THEY CAN ALL MAKE MONEY OFF OF HELPLESS BLACKS. USING BIG BAD JUDGES AND LAWYERS!*** The Proof that JUDGE VALARIE MANNO SHURR made MONEY to help them is on her Form 6 FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTEREST SWORN AFFIDAVIT OATH of 2008 that shows on Part C. Liabilities section that a1She has $995,000.00 and $91,498.00 from GMAC which is the Servicer and owner RESIDENTIAL FUNDING CORPORATION in their notice of transfer said they were controlling our payments as Servicer from at least 1/1/2007 on the Mortgage Payment Coupon at the bottom of the Transfer Letter, Exh.S. and $129,000,00 from Wells Fargo which is US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR RASC 2005 AHL3, Exh.(DD). And Judge Shurr has $129,000,00 from Wells Fargo which is US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR RASC 2005 AHL3, Exh.(DD ) then in 2009 form 6 it shows GMAC MORTGAGE of $410,000.00 and Credit line with GMAC, and $128,000 Wachovia which is Wells Fargo which is US BANK, Exh.(EE) and then she allows an Illegal Ex parte Hearing with US Bank National Attorneys to change her ***order which is really Judge Zabel's Order from DISMISSED WITH PREJUDICE in*** April 6th, 2010 Exh. (F3) to change the Dismissed with Prejudice 3 months later

in June 27th 2010 into DISMISSED WITHOUT PREJUDICE In this Ex Parte

hearing Exh.(F). which is only supposed to be done with only the Defendants

that are about to lose their home to the Foreclosure Sale and this must be done

before the sale of the House according to Fl. Statute 107.07, (during the interim

GMAC also had a Florida Default Letter as the Servicer) and after that

wonderful gift Judgement to US Bank National Association and helping Judge

Zabel out of the mess for doing a Judgment without a Docketed Complaint, Note,

Allonge, Mortgage or an Assignment from the Records which was literally

Criminal, Thievery of our house. Then suddenly In her 2010 Form 6 Disclosure

of Financial Interest , Exh.(FF), it shows a $400,000.00 gift from GMAC and

shows $1,000,000.00 from Wells Fargo which is US Bank, Exh. (EEE). All of this

is pay to Play RICO Conspiracy to Steal Black Peoples Houses *which they're also*

*doing to White European Gentiles!* US BANKS only lawful Remedy was to Appeal the

Dismissal with Prejudice within 30 days according to Florida Appelate Rule 4

(a)(1)(A). But now a case that was Dismissed with Prejudice was given life again by

*Judge Valerie Manno Schurr's illegal Ex parte hearing and changing the Dismissal*

with Prejudice to Dismissal without Prejudice which allowed US BANK to secretly file

another Foreclosure Case against the House at 15020 South River Drive Miami

Florida 33167 and US Bank did file another case which was a continuance of the

same Case from  2007 which is called Case Number 2007-12407-CA01 that was

Dismissed with Prejudice and Secretly changed to Dismissed without Prejudice and

without any notice to us in 2010 called Case number 2010-61928-CA01 this 2010

IN THE CIRCUIT COURT OF THE
SECOND JUDICIAL CIRCUIT, IN
AND FOR LEON COUNTY, FLORIDA

CASE NO.:  19CF1022

STATE OF FLORIDA

v.

JASON BEMBRY,

    Defendant.
_____/

PROCEEDINGS:       JURY TRIAL (Excerpt of Testimony)

BEFORE:            THE HONORABLE STEPHEN EVERETT

DATE:              March 8, 2023

TIME:              Commencing at 8:30 a.m.
                   Concluding at 1:50 p.m.

LOCATION:          Leon County Courthouse
                   Tallahassee, Florida

REPORTED BY:       DARLA WINN, RPR
                   Notary Public in and for the
                   State of Florida at Large

DARLA WINN, RPR
Official Court Reporter
Leon County Courthouse, Room 341
Tallahassee, FL  32301

2

1                          APPEARANCES

2   REPRESENTING THE STATE:

3            ANDREW DENEEN, ASSISTANT STATE ATTORNEY
             OFFICE OF THE STATE ATTORNEY
4            LEON COUNTY COURTHOUSE
             TALLAHASSEE, FLORIDA  32301
5

6

7   REPRESENTING THE DEFENDANT:

8            LOLIA FERNANDEZ, ASSISTANT PUBLIC DEFENDER
             KASEY LACEY, ASSISTANT PUBLIC DEFENDER
9            OFFICE OF THE PUBLIC DEFENDER
             LEON COUNTY COURTHOUSE
10           TALLAHASSEE, FLORIDA  32301

11

12                           INDEX

13

    WITNESSES:                                      PAGE:
14

15  CHARZETTA FELTON

16       Direct Examination By Mr. Deneen              4
         Cross-Examination By Ms. Fernandez           19
17       Redirect Examination By Mr. Deneen           21

18

19  CHENIKA WHITE

20       Direct Examination By Mr. Deneen             22
         Voir Dire Examination By Ms. Fernandez       26
21       Cont. Direct Examination By Mr. Deneen       27
         Cross-Examination By Ms. Fernandez           50
22       Redirect Examination By Mr. Deneen           60

23

24  MICHAEL DILMORE

25       Direct Examination By Mr. Deneen             63
         Cross-Examination By Ms. Fernandez           66

                DARLA WINN, RPR, OFFICIAL COURT REPORTER

1                          INDEX CONTINUED

2

3    CHARZETTA FELTON

4        Direct Examination By Mr. Deneen              70
         Cross-Examination By Ms. Fernandez            81
5        Redirect Examination By Mr. Deneen            85

6

7    MAURICE SYMONETTE
         Direct Examination By Ms. Fernandez           86
8        Cross Examination by Mr. Deneen

9

10                         INDEX OF EXHIBITS

11   STATE'S:

12   7                                                 11
     14                                                15
13   5                                                 31
     6                                                 33
14   8                                                 34
     9                                                 35
15   10                                                36
     15                                                50
16   17                                                75
     16                                                79

17

18   CERTIFICATE OF REPORTER                           108

19

20

21

22

23

24

25

                DARLA WINN, RPR, OFFICIAL COURT REPORTER

1                        PROCEEDINGS

2              (Excerpt of testimony only.)

3              THE COURT:  Everyone can be seated.  Members of the

4       jury, we are going to continue with the State's case this

5       morning.

6              Mr. Deneen, you may call your next witness.

7              MR. DENEEN:  State calls Charzetta Felton.

8              THE COURT:  Sergeant, please raise your right hand.

9       Whereupon,

10                        CHARZETTA FELTON

11      was called as a witness, having been first duly sworn, was

12      examined and testified as follows:

13             THE COURT:  You may take your seat.  Please speak

14       loudly and clearly.

15                        DIRECT EXAMINATION

16      BY MR. DENEEN:

17         Q.   Good morning.  Would you please introduce yourself

18      to the jury?

19         A.   Good morning.  My name is Charzetta Felton, and I

20      work for the Tallahassee Police Department as a sergeant.

21         Q.   How long have you been with the Tallahassee Police

22      Department?

23         A.   Since 2009.

24         Q.   2009?

25         A.   Yes.

DARLA WINN, RPR, OFFICIAL COURT REPORTER

by Defendant, DBMG, such as the Subject Event; denied

t.   failing select a reasonably safe and secure location at which to host theSubject Event; denied

u.   impeding Decedent, CODY CLAYVILLE's, ability to escape from theshooting incident; denied

v.   failing to provide for proper patrols of the Subject Property during the

w.   Subject Event; denied

x.   failing to provide appropriate security measures to ensure the safety of the Subject Event's attendees, including Decedent, CODY CLAYVILLE; denied

y.   failing to protect Decedent, CODY CLAYVILLE, from harm; denied

z.   failing to warn of concealed dangers which were known or should have been

aa.  known to Defendant, DBMG, but which were not discoverable by Decedent, CODY CLAYVILLE,; and/or such other negligent acts and/or omissions as discovery or the evidence may show. denied

Check this video out (Video H on Gods2.com) because we don't believe that he's dead.  Because he came back to the gate and acted like he was a roofer. And if he is dead it's not our fault because nobody was supposed to be here at the house, because every one who was here was Trespassing and was told that they had to leave.

MAURICE SYMONETTE
15020 S. RIVER DR.
MIAMI FL. 33167

by Defendant, DBMG, such as the Subject Event; denied

t.      failing select a reasonably safe and secure location at which to host theSubject Event; denied

u.      impeding Decedent, CODY CLAYVILLE's, ability to escape from theshooting incident; denied

v.      failing to provide for proper patrols of the Subject Property during the

w.     Subject Event; denied

x.      failing to provide appropriate security measures to ensure the safety of the Subject Event's attendees, including Decedent, CODY CLAYVILLE; denied

y.      failing to protect Decedent, CODY CLAYVILLE, from harm; denied

z.      failing to warn of concealed dangers which were known or should have been

aa.    known to Defendant, DBMG, but which were not discoverable by Decedent, CODY CLAYVILLE,; and/or such other negligent acts and/or omissions as discovery or the evidence may show. denied

Check this video out (Video H on Gods2.com) because we don't believe that he's dead.  Because he came back to the gate and acted like he was a roofer. And if he is dead it's not our fault because nobody was supposed to be here at the house, because every one who was here was Trespassing and was told that they had to leave.

MAURICE SYMONETTE
15020 S. RIVER DR.
MIAMI FL. 33167

by Defendant, DBMG, such as the Subject Event; denied

t.     failing select a reasonably safe and secure location at which to host theSubject Event; denied

u.    impeding Decedent, CODY CLAYVILLE's, ability to escape from theshooting incident; denied

v.    failing to provide for proper patrols of the Subject Property during the

w.   Subject Event; denied

x.    failing to provide appropriate security measures to ensure the safety of the Subject Event's attendees, including Decedent, CODY CLAYVILLE; denied

y.    failing to protect Decedent, CODY CLAYVILLE, from harm; denied

z.    failing to warn of concealed dangers which were known or should have been

aa.  known to Defendant, DBMG, but which were not discoverable by Decedent, CODY CLAYVILLE,; and/or such other negligent acts and/or omissions as discovery or the evidence may show. denied

Check this video out (Video H on Gods2.com) because we don't believe that he's dead.  Because he came back to the gate and acted like he was a roofer. And if he is dead it's not our fault because nobody was supposed to be here at the house, because every one who was here was Trespassing and was told that they had to leave.

---

MAURICE SYMONETTE
15020 S. RIVER DR.
MIAMI FL. 33167

IN THE CIRCUIT COURT OF THE

ELEVENTH JUDICIAL CIRCUIT IN AND

FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO. 2007-023509

HSBC BANK USA NATIONAL ASSOCIATION, AS

TRUSSTEE FOR THE CERTIFICATE HOLDERS OF THE

NOMURA HOME EQUITY LOAN, HOME EQUITY LOAN

TRUST, SERIES 2007-1

PLAINTIFF

V.

MAURICE SYMONETTE and KURT MARIN

Defendants

_____/

### MOTION TO COMPEL

COMES Defendant Maurice Symonette and Kurt marin with motion to compel compliance with manditory Disclosure of the real estate investment Trust. Defendant requests the Court to dismiss the Plaintiff's complaint pursuant to Rule 1.21 0(a), 1.130(a) and 1.140(b)(7) of the Florida Rules of Civil Procedure because the Plaintiff, HSBC Bank USA, National Association, As Trustee For The Certificate Holders Of The Nomura Home Equity Loan, Home Equity Loan Trust Series 2007-1 is doing business in Florida as an unregistered trust in violation of Florida law. The Plaintiff claims to be acting on behalf of a mortgage trust. The mortgage trust has issued certificates to investors as public securities. It has issued certificates to investors secured by a Florida mortgage. It is not an express trust under the Florida Trust Code. The Trust is a common law declaration of trust under Section 609 of the Florida Statutes. The Trust is an association of two or more persons for the purpose of transacting business in Florida. Section 609.01 of the Florida Statutes. Section 609.02 of the Florida Statutes states: "609.02 Filing a declaration of trust-Every such organization organized for the purpose of transacting business in this state, or organized in this state for the purpose of transacting business elsewhere, which intends to sell or offer for sale any units, shares, contracts, notes, bonds, mortgages, oil or mineral leases or other security of such association shall, prior to transacting any such business, file with the Department of State a true and correct copy of the declaration of trust under which the association proposes to conduct its business, which copy shall be sworn to, as being a true and correct copy, by the chair of the board of trustees named in such declaration of trust. When such copy shall have been filed with the Department of State it shall constitute public notice as to the purposes and manner of the

business to be engaged in by such association.The Department of state, prior to the issuance of the certificate by it, shall collect from the said association a filing fee of $350, which fee shall be paid by it into the general fund of the state."

Section 609.3 of the Florida Statutes states:

"Upon the filing of the copy of the declaration of trust and the payment of the filing fee, in compliance withs. 609.02, the Department of State shall: issue to the trustees named in the said declaration of trust a certificate showing that such declaration of trust has been duly filed in its office; whereupon, such association shall be authorized to transact business in this state; provided that all other applicable laws have been complied with"

Thus, the trust, before offering securities in the form of certificates to investors, was required to file with the Secretary of State a true and correct copy of the Declaration of Trust under which the trust proposes to conduct its business. It does not appear that this has been done.

Moreover, the trust has failed to file its declaration of trust, not paid the $350.00 fee and not obtained a certificate from the Department of State and has commenced to transact its business in Florida. Accordingly, the Trust lacks standing to have this motion enforced in the courts of Florida and the persons operating the trust in violation of Chapter 609 have committed a third degree felony under Florida law. Section 609.06 of the Florida Statutes. Arguably if it registered the security with the Securities and Exchange Commission, the trust and its officials are exempted from the requirements of Section 609.05 of the Florida Statutes to obtain a permit to sell securities by the preemption created by Securities and Exchange Commission authorities and other related Federal authorities. However, such an exemption does not exempt the trust from the other requirements of Chapter 609 of the Florida Statutes with which the trust has failed to comply. Florida law requires the filing. Accordingly, Plaintiff lacks standing to seek foreclosure on behalf of a trust doing business in Florida that has not complied with the registration requirements of Florida law. O'Hanlon v. Herndon, 5 So.3d 723 (Fla.App. 2 Dist. 2009). Consequently, Plaintiff, HSBC Bank USA, National Association, As Trustee for The Certificate Holders Of The Nomura Home Equity Loan Trust, Series 2007-1 Complaint must be dismissed with prejudice.

I hereby certify that A true and correct copy of the forgoing was sent by us mail To :
Albertelli Law P.O. Box 23028 Tampa, Fl. 33623 Ph: 813 221-4743
RESPECTFULLY SUBMITTED,

MAURICE SYMONETTE                          KURT MARIN

10290 SW 58TH ST.                          10290 SW 58TH ST.

MIAMI, FLA. 33173                          MIAMI, FLA. 33173

## PART D -- INCOME

Identify each separate source and amount of income which exceeded $1,000 during the year, including secondary sources of income. Or attach a complete copy of your 2018 federal income tax return, including all W2s, schedules, and attachments. Please redact any social security or account numbers before attaching your returns, as the law requires these documents be posted to the Commission's website.

☐ I elect to file a copy of my 2018 federal income tax return and all W2s, schedules, and attachments.
[If you check this box and attach a copy of your 2018 tax return, you need not complete the remainder of Part D.]

**PRIMARY SOURCES OF INCOME (See instructions on page 5):**

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| State of Florida | 700 E. Gaines St. Tallahassee, FL 32399 | 160,688 |

**SECONDARY SOURCES OF INCOME** [Major customers, clients, etc., of businesses owned by reporting person—see instructions on page 5]:

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## PART E -- INTERESTS IN SPECIFIED BUSINESSES [Instructions on page 6]

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | N/A | | |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

## PART F - TRAINING

**For officers required to complete annual ethics training pursuant to section 112.3142, F.S.**

☐ **I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.**

### OATH

STATE OF FLORIDA
COUNTY OF Miami-Dade

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete.

_____
SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

Sworn to (or affirmed) and subscribed before me this 18th day of June, 2019 by Veronica H Diaz

_____
(Signature of Notary Public–State of Florida)

Ana M Gonzalez
(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known ✓ OR Produced Identification _____
Type of Identification Produced _____

ANA M. GONZALEZ
MY COMMISSION # FF937143
EXPIRES November 16, 2019
NotaryService.com

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form for you, he or she must complete the following statement:

I, _____, prepared the CE Form 6 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

_____          _____
Signature                                        Date

**Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.**

**IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE** ☐

CE FORM 6 - Effective January 1, 2019
Incorporated by reference in Rule 34-8.002(1), F.A.C.

PAGE 2

# SECOND JUDICIAL CIRCUIT
## ARREST/PROBABLE CAUSE AFFIDAVIT

O4099623  1/3

| [x] Adult | Arrest Datetime | Arrest Location | | Agency Report# | OBTS# | SPN# | Court Case# |
|---|---|---|---|---|---|---|---|
| [ ] Juvenile | 03/24/19 23:47 | 875 BAHAMA DR | | 2019-00044000 | 3703030814 | 2590 | 2019CF 1028A |

| Defendant's Full Name (Last, First, Mid., Suffix) | D.O.B. | Race | Sex | Height | Weight | Hair | Eye |
|---|---|---|---|---|---|---|---|
| BEMBRY, JASON B | 03/05/1981 | B | M | 603 | 300 | BLK | BRO |

| Aliases | DL Number | DL State | SSN.# | Place of Birth | Patrol Zone |
|---|---|---|---|---|---|
| | B516422810850 | FL | ▮ | FL | |

| Local Address | Local Home# | Local Work# | Occupation/Employer/School |
|---|---|---|---|
| | | | |

| Permanent Address | Permnt. Home# | Scars, Tattoos, Unique Physical Features |
|---|---|---|
| 875 BAHAMA DR TALLAHASSEE, FL 32305 | | |

| # | FDLE Statute Ref# | L/D | Domestic Violence? | Charge Literal | Bond Am | Cnts | Wrrnt | Capias |
|---|---|---|---|---|---|---|---|---|
| 1 | 794.011 2A | 2694 | FC | SEX ASSAULT BY 18 YOA OLDER SEX BATTERY VICT UNDER 12 YOA | JAIL | 1 | [x] | [ ] |
| 2 | 800.04 4A | 4007 | FS | SEX OFFENSE-AGAINST CHILD-FONDLING VICTIM 12 YOA UP TO 16 YOA | FREE | 2 | [x] | [ ] |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |
| 7 | | | | | | | | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| 12 | | | | | | | | |
| 13 | | | | | | | | |
| 14 | | | | | | | | |

If Release is Approved, Defendant Should be Electronically Monitored?  YES

IF YES, Why? ORDERED BY JUDGE

| Affiant Signature | Arresting Officer Name/Id# | Arresting Agency/ORI# |
|---|---|---|
| 03/25/2019 00:45 | WAGNER M 559 | TALLAHASSEE POLICE DEPARTMENT FL0370300 |

JAIL USE ONLY

# SECOND JUDICIAL CIRCUIT
## ARREST/PROBABLE CAUSE AFFIDAVIT

| Defendant's Name BEMBRY, JASON B | Race B | Sex M | D.O.B. 03/05/1981 | Agency Report# 2019-00044000 |
|---|---|---|---|---|

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant on Sunday March 24TH 2019, at approximately 23:47, at ▓▓▓▓▓▓▓▓ did the following violation of law:

On 03/25/2019 at approximatley 11:47 PM, I responded to ▓▓▓▓▓▓▓▓ in reference to a search warrant at the location. The search warrant was signed along with three arrest warrants by Judge Smith. Responding officers knocked on the door which was immediately answered by the suspect, Jason Bembry. Bembry was placed under arrest and transported to LCJ without incident. My body worn camera was active at the time of Brembry's arrest and transport to LCJ.

Court Case: N/a (In hand signed warrants)
Date: 03/24/2019
Charge: Sexual Battery (Victim <12 Offender 18<)
FSS: 794.011(2)(a)
Bond: FAR

Court Case: N/a (In hand signed warrants)
Date: 03/24/2019
Charge: Lewd Or Lascivious Battery (2 Counts)
FSS: 800.04(4)(a)
Bond: FAR

| Affiant Signature | Arresting Officer Name/Id# WAGNER M 559 | Arresting Agency TALLAHASSEE POLICE DEPARTMENT FL0370300 |
|---|---|---|

| Sworn to and subscribed before me this Monday of March 25TH 2019 | Certifying Officer |
|---|---|

| Detention facility Leon County Jail 535 Appleyard Drive, Tallahassee, FL 32304 | Arrest Date/Time 03/24/19 23:47 |
|---|---|

| Booking Officer | Bond Amount FAR | Aggravating Factors |
|---|---|---|

# SECOND JUDICIAL CIRCUIT
# VICTIM INFORMATION

3/3

| # | FDLE Statute | Victim's Name | Victim's Address | Home# | Work# |
|---|---|---|---|---|---|
| 1 | 794.011 2A | ███████████ | ███████████ | | |
| 1 | 794.011 2A | FLORIDA STATE OF | THE CAPITOL, 400 S. MONROE ST., TALLAHASSEE FL 32399 | | |
| 2 | 800.04 4A | ███████████ | ███████████ | | |
| 2 | 800.04 4A | FLORIDA STATE OF | THE CAPITOL, 400 S. MONROE ST., TALLAHASSEE FL 32399 | | |

| Affiant Signature | Arresting Officer Name/Id# | Arresting Agency |
|---|---|---|
| *Matthew Wagner* | WAGNER M 559 | TALLAHASSEE POLICE DEPARTMENT FL0370300 **Agency Report#:** 2019-00044000 |

| Detention facility | Arrest Date/Time |
|---|---|
| Leon County Jail 535 Appleyard Drive, Tallahassee, FL 32304 | 03/24/19 23:47 |

| Booking Officer | Bond Amount | Aggravating Factors |
|---|---|---|
| *S Pratchett* | FAR | |

# In the County Court
# Leon County, Florida

FILED

2019 MAR 25  PM 4: 20

C-93
GWEN MARSHALL
CLERK & COMPTROLLER
LEON COUNTY, FLORIDA

SPIN#: 259195
REF#:   2694
Warrant#: 2012CF1022A1
Agency Case #:   19-44000
Officer I.D.#:   561
Charge:   Sexual Battery (Victim <12 Offender 18<)
Degree of Charge:   CF
Statute No(s):   794.011(2)(a)
DOB:   03/05/1981
Sex:   Male
Race:   Black
Height:   6'03
Weight:
Hair:   black
Eyes:   brown
SSN: ▮▮▮▮▮▮
DL#:   B516-422-81-08▮

### STATE OF FLORIDA
### vs.

### Jason Bernard Bembry

### 875 Bahama Drive

### Tallahassee, FL 32305

**WARRANT**

**IN THE NAME AND BY THE AUTHORITY OF THE STATE OF FLORIDA:**

Before me, the undersigned, personally appeared **Investigator C. Felton-Stevens** , who being first duly sworn says that on the 1st day of January, 2015, in Leon County, Florida, the aforesaid defendant did unlawfully commit a sexual battery upon ▮▮▮▮▮▮▮ a person less than twelve years of age, by **penis to vagina penetration**, and the defendant was 18 years of age or older,

:contrary to Section., **794.011(2)(a)** F.S.

contrary to the statute, rule, regulation or other provision of law in such case made and provided, and against the peace and dignity of the State of Florida.

THESE ARE, THEREFORE, to command you to arrest instanter the aforesaid defendant and bring him or her before me to be dealt with according to law.

Given under my hand and seal this _24th_ day of _March_ , 2019.

_____
County / Circuit Court Judge            County

IN COMPUTER

(SEAL)

**WARRANT**

Will Extradite_____            Florida Only_____

# IN THE COUNTY COURT

## LEON COUNTY, FLORIDA

### THE STATE OF FLORIDA, PLAINTIFF

VS.

**Jason Bernard Bembry**
Defendant

**875 Bahama Drive**
**Tallahassee, FL 32305**
Address

# WARRANT

Sexual Battery (Victim <12 Offender 18<

THE AMOUNT OF BAIL IN THIS CASE
IS HEREBY SET IN THE SUM OF

$ *FAR, NCWV, J.B., No unsupervised contact with mi...*
*active GPS monitoring*

---

Received the Warrant on the _____

day of _____ ,2019

_____ ,

and served same on the _____ day of

_____ , 2019, by

delivering a true copy of same to the within

named defendant,

_____

_____

Sheriff,            County, Florida

By: _____

Deputy Sheriff

*Assign to Tallahassee Police Department*
*Investigator C. Felton-Stevens (891-4557)*

*2019 CF 1022*

**FILED**
**2023 FEB -2 PM 5:01**
GWEN MARSHALL
CLERK & COMPTROLLER
LEON COUNTY
FLORIDA

Tallahassee Police Department Case #2019-44000

(1) To be filed with the Clerk of Court

## APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT
*Impounded Items, F.S. 933.02*
# ALL VICTIM INFORMATION IS CONFIDENTIAL
### IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT
### IN AND FOR LEON COUNTY, FLORIDA

I, **Sgt Charzetta Felton**, of the Tallahassee Police Department, after having been properly sworn by a person authorized by law to administer oaths, do respectfully submit this Application and Affidavit electronically, and hereby swear or affirm, under penalty of perjury, that I am a duly empowered law enforcement officer, and based upon my knowledge of the facts and information comprising proofs in the matter presented, there is Probable Cause to establish that Florida law has been violated by the commission of a felony or statutorily specified offense, the offense being specifically described below, that there are proper legal grounds for issuance of a Search Warrant, and that the particularly described property to be seized shall be found in or on the particularly described items(s) impounded at the Tallahassee Police Department located at 234 E 7th Ave. Tallahassee, FL 32303, to be searched as evidence of such offense, as follows:

### FLORIDA LAW HAS BEEN VIOLATED:
Sexual Battery (Victim under 12 and Offender over 18), Florida Statute 794.011(2)(a).

### LEGAL GROUNDS PURSUANT TO F.S. 933.02:
The property constitutes evidence relevant to proving that a felony has been committed.

### PARTICULAR DESCRIPTION OF PROPERTY TO BE SEARCHED:
*Case #:2019-44000*
*Item #: 11*
*Item Description: Electronics (Kodak Easy Share Camera, Canon Sure Shot Camera, Seagate Harddrive, IPhone S, Ipod, Lexar Flashdrive*

### PARTICULAR DESCRIPTION OF PROPERTY TO BE SEIZED:

Information to be seized from cellular devices (*inside of item #11 listed above*):
Digital information including, but not limited to, Subscriber Identity Module(s), mass media storage devices, media data to include picture and video content, Text and/or multimedia messages (Short Message Service (SMS), Multimedia Message Service (MMS), mobile chat messages, iMessages, third party communication application messages), emails, contact/phonebook information, incoming and outgoing call information, documents/notes, data/meta data information, calendar entries, passwords, phone application information, wireless network information, stored location data, audio files (including voicemails either audio or transcribed), Internet activity (to include Internet history, Internet search queries, and Internet search results), third-party application content and information, and the information regarding the specific cell phone to include subscriber and equipment identity.

PD 314 Rev 10/22

1

Tallahassee Police Department Case #2019-44000

Information to be seized from computer equipment (*inside of item #11 listed above*):
Digital information including, but not limited to, media data to include picture, audio, and video content, Text and/or multimedia messages (Short Message Service (SMS), Multimedia Message Service (MMS), mobile/Internet chat messages, iMessages, third party communication application messages), emails, contact/phonebook information, any and all documents/notes related to the specified crime listed below, data/meta data information, calendar entries, passwords, wireless network information, stored location data, third-party application content and information, operating system information (to include Registry files and System Event logs), and any information used to identify the person/s that had dominion and control over the item(s) listed.

**PROBABLE CAUSE:**
The facts and information obtained by your Affiant with regard to this matter comprise proofs to establish Probable Cause, respectfully submitted as follows:

**\*\*\* *The below information was submitted in 2019 for the search of the residence and items of evidence seized from the residence. Therefore, the statements within reflects what was happening at that time in 2019.* \*\*\***

"On March 24, 2019, officers responded to the Tallahassee Police Department regarding a report of sexual battery. Officers made contact with the Reporting Persons (████████ and █████). Both complainants were accompanied by their daughters/ victims (████████ and █████████).

█████████ is the mother of ████████ (hereafter referred to as Victim 1). █████████ is the ex-girlfriend of the suspect (Jason Bembry). Suspect Bembry still resides at the home at ████████ and they do not have any children in common. Suspect Bembry and ██████ sleep in separate rooms and █████████ is currently pregnant (Suspect Bembry is the father of the unborn child). ████████ is the sister of ████████, █████████ is the mother of ████████ (hereafter referred to as Victim 2). Victim 2 does not reside at the above address however, she visits her cousin (Victim 1) maybe once a month or every other month. Both the victims are 14 years of age.

According to Victim 1, Suspect Bembry has been sexually battering her since she was in the fifth grade. Most of these incidents have occurred at their shared home at ████████. Prior to the sexual battery, Victim 1 stated that Suspect Bembry would touch her (both on top and underneath her clothing). He would touch her buttocks, her vagina and would make a statement, "This fat pussy is mine." Victim 1 described several sexual batteries. She stated that most of the sexual batteries would be similar. Suspect Bembry would normally message her on Instagram and ask Victim 1 to come into his bedroom. He would normally message her "Pull Up". Or, sometimes he would use emojis. "the tongue out emoji means oral sex and the peach emoji means sexual intercourse." Last week, Suspect Bembry messaged Victim 1 to come into his bedroom. Once in the bedroom, he took off her clothes and began touching her on her buttocks, vagina, and breast (both before and after the clothes came off). He then led her to bed and he walked over to the closet to get a condom. Once he put on the condom, he penetrated her vagina

PD 314 Rev 10/22

2

Tallahassee Police Department Case #2019-44000

with his penis. This lasted for about an hour. Once he finished, she went to her bedroom and got in bed.

Victim 1 recalled another incident that occurred on Friday, March 22, 2019. Victim 1 stated that Suspect Bembry wanted to "have sex" with her and she did not want to do it. As a result, Suspect Bembry "made her" perform oral sex on him. Victim 1 stated she performed oral sex on Suspect Bembry until he ejaculated in her mouth. She recalls that he was trying to make her swallow it however she did not. She spat the semen out on the robe that Suspect Bembry would normally place under his body so that fluids would not get on his bed.

It should be noted, Victim 1 disclosed several reasons why she is reporting. She stated she disclosed to her mother about a year ago however, she did not believe her. (Her mother ███████ was later asked, and she confirmed this). What pushed her to report again is that she feared for her 12-year-old sister. She did not want the same thing to happen to her. The next reason, she stated that she is just tired of it at this point. In addition, she listed the recent blackmail (Suspect Bembry threatening to tell her mother about messages via social media). Victim 1 disclosed to the Children's Home Society Coordinator (Sarah Christowich), that she had suicidal ideations in the past. This would normally occur once the sexual battery had concluded and she returned to her room.

Victim 1 also disclosed that Suspect Bembry has recorded the sexual battery on his phone. In addition, he has sent the video and photos to her via Instagram. He was able to delete the messages however, not before Victim 1 was able to screenshot a photo. Victim 1 stated the photo shows Suspect Bembry's penis in her vagina (no faces). Victim 1's Instagram is '██████████' and according to Victim 1, Suspect Bembry's Instagram name is "bussherdown". During Victim 1's interview, she added that she has also received photos/messages from Suspect Bembry via Snapchat. Victim 1's snapchat is ██████████ and Suspect Bembry's snapchat is mobbossofdayayo (according to Victim 1).

During Victim 2's interview, she disclosed that Suspect Bembry began "touching her" about a year ago. Suspect Bembry would come into the room in which she was sleeping and begin to rub her leg. Victim 2 stated that Suspect Bembry never went beyond her leg because she would move. However, Suspect Bembry would attempt to blackmail Victim 2 and Victim 1 in order to engage in sexual activities with him. According to Victim 2, Suspect Bembry has the passcode to Victim 1's social media accounts. As a result, he came across Instagram messages regarding both victims talking about boys. Suspect Bembry then used the messages and recently made a statement to Victim 2 stating, "I'm holding a secret for you but I'm not getting anything in return." Suspect Bembry has messaged Victim 2 on Instagram asking for sexual favors. Victim 2 also stated that Suspect Bembry sent her (via Instagram) a photo of his penis. Victim 2 stated Suspect Bembry's Instagram is "bussherown". Lastly, Victim 1 also approached Victim 2 about having sex with Suspect Bembry. Victim 2 advised that Victim 1 told her, "You should just do it and get it over with so that he would stop harassing me on Instagram". Victim 2 advised her Instagram name is "██████████"

It should be noted, in 2010, Suspect Bembry had been the "Alleged Perpetrator" in at least 2 Department of Children and Families Cases in Dade/Broward County:

Tallahassee Police Department Case #2019-44000

- Victim 9 years of age/ DCF Case #2010-246938 and the findings were "No Indicators". The notes stated Suspect Bembry had been accused of having sex with ███████████.
- DCF Case #2010-246940 Suspect Bembry has been having sex with child (██████ since she was 12 years old and the mother does not believe the allegations against him (Findings/ Not substantiated)."

Based on the information above, a residential search warrant was sought and executed on the residence of ███████████ in 2019. As a result of the search warrant, multiple items were impounded to include the suspect's cellular phone. It should be noted, videos of Suspect Bembry engaged in sexual acts with V1 were recovered from the suspect's cellular phone. In addition, search warrants to V1's and Suspect Bembry's social media accounts also produced images/videos of child sexual abuse material (involving V1 and Suspect Bembry).

As a result, there is a likelihood that the items contained within Item #11 (Kodak Easy Share Camera, Canon Sure Shot Camera, Seagate Hard drive, IPhone S, Ipod, Lexar Flashdrive) may store images which contains child sexual abuse material. There are currently no copies of the contents of these impounded items. It should be noted, the contents of item #11 has been in the custody of the Tallahassee Police Department's secure Property & Evidence room since the date of the search warrant (March 24, 2019). Therefore, any content that was present on the device at the time of impoundment will be there now. In sum, this search warrant is being sought in order to conduct a proper search of the items and to copy the contents of these items onto a CD.

The undersigned affiant is a Sergeant with the Tallahassee Police Department currently assigned to the Burglary Crimes Unit. Affiant has been a sworn officer with the Tallahassee Police Department for 10 years. Affiant has served as a Sergeant for the past 2 years.

Showing evidence related to the specifically described offense.

**WHEREFORE,** your Affiant respectfully requests a Search Warrant be issued, commanding and directing Tallahassee Police Chief Lawrence Revell, (Sgt Charzetta Felton) of the Tallahassee Police, or the Sheriff of Leon County, or the Director of the Florida Department of Law Enforcement, and their duly authorized officers, deputies, and special agents, or other person empowered by law to execute process in the jurisdiction where this search shall take place, with proper and necessary assistance of fellow officers or appropriate advisors to search the afore-described place or the person named, for the property specified. It is further requested that express authorization be given for this warrant to be executed either in the daytime or in the nighttime, and on any day including Sunday, as the exigencies of the occasion may demand or require.

*Cee S* #261

**Sgt Charzetta Felton/#261**

**SWORN AND SUBSCRIBED** before me by (Sgt Charzetta Felton), who is personally known to me, and upon being duly placed under oath by me, a person authorized by law to administer

## Tallahassee Police Department Case #2019-44000

oaths, does swear or affirm, under penalty of perjury, that the Probable Cause recited herein is true and correct and has subscribed his or her signature above, this 27th day of January, 2023.

Det S York # 330

Reviewed and approved by Tallahassee Police Department Legal Advisor Theresa Flury this 27th day of January, 2023

**RECEIVED AND ACKNOWLEDGED** this _____ day of _____1/27/2023___, 202_.

Leon County Judge Monique Richardson

**Second Judicial Circuit**

PD 314 Rev 10/22

5

Tallahassee Police Department Case #2019-44000

(1) To be completed and left with defendant, or, in his/her absence, upon the premises searched.
(2) To be returned to Clerk of the Court within ten (10) days of issuance.

## SEARCH WARRANT
*Impounded Items, F.S. 933.02*

### IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT
### IN AND FOR LEON COUNTY, FLORIDA

### PURSUANT TO THE AUTHORITY OF CHAPTER 933, FLORIDA STATUTES

**TO ALL AND SINGULAR:** Tallahassee Police Chief Lawrence Revell, Officers of the Tallahassee Police Department, Florida Department of Law Enforcement Commissioner Mark Glass, Agents of the Florida Department of Law Enforcement, Leon County Sheriff Walt McNeil, and Deputies of the Leon County Sheriff's Office.

**WHEREAS**, (Charzetta Felton), of the Tallahassee Police Department, Leon County, State of Florida, has this day made Application for a Search Warrant, supported by Affiant with required proof submitted electronically, whereupon it has been established that Florida law has been violated by the commission of a felony or specified offense and that there is a fair probability the particularly described property to be seized shall be found in or on the particularly described items(s) impounded at the Tallahassee Police Department located at 234 E 7th Ave. Tallahassee, FL 32303 to be searched as evidence of such offense, and that proper legal grounds exist upon which a Search Warrant shall issues, as follows:

### FLORIDA LAW HAS BEEN VIOLATED:
Sexual Battery (Victim under 12 and Offender over 18), Florida Statute 794.011(2)(a).

### LEGAL GROUNDS PURSUANT TO F.S. 933.02:
The property constitutes evidence relevant to proving that a felony has been committed.

### PARTICULAR DESCRIPTION OF PROPERTY TO BE SEARCHED:
*Case #:2019-44000*
*Item #: 11*
*Item Description: Electronics (Kodak Easy Share & Canon Sure Shot Camera, Seagate Hard drive, IPhone S, Ipod, Lexar Flashdrive*

### PARTICULAR DESCRIPTION OF PROPERTY TO BE SEIZED:
*Describe the particular information to be reviewed from each item listed above.*

Information to be seized from cellular devices (*inside of Item #11 listed above*):
Digital information including, but not limited to, Subscriber Identity Module(s), mass media storage devices, media data to include picture and video content, Text and/or multimedia messages (Short Message Service (SMS), Multimedia Message Service (MMS), mobile chat messages, iMessages, third party communication application messages), emails, contact/phonebook information, incoming and outgoing call information, documents/notes, data/meta data

information, calendar entries, passwords, phone application information, wireless network information, stored location data, audio files (including voicemails either audio or transcribed), Internet activity (to include Internet history, Internet search queries, and Internet search results), third-party application content and information, and the information regarding the specific cell phone to include subscriber and equipment identity.

Information to be seized from computer equipment (*inside of item #11 listed above*):
Digital information including, but not limited to, media data to include picture, audio, and video content, Text and/or multimedia messages (Short Message Service (SMS), Multimedia Message Service (MMS), mobile/Internet chat messages, iMessages, third party communication application messages), emails, contact/phonebook information, any and all documents/notes related to the specified crime listed below, data/meta data information, calendar entries, passwords, wireless network information, stored location data, third-party application content and information, operating system information (to include Registry files and System Event logs), and any information used to identify the person/s that had dominion and control over the item(s) listed.

**WHEREFORE,** pursuant to F.S. 933.07, upon examination of the application and proofs submitted, being duly satisfied that Probable Cause exists for the issuing of this Search Warrant, this order is hereby to:

**COMMAND** and direct (**Sgt Charzetta Felton**) of the Tallahassee Police Department, Tallahassee Police Chief Lawrence Revell, the Sheriff of Leon County, and the Director of the Florida Department of Law Enforcement, and their duly authorized deputies, special agents and officers, or other persons empowered by law to execute process in the jurisdiction where this search shall take place, with proper and necessary assistance of fellow officers or appropriate advisors, forthwith to search the property described in this warrant or the person named, for the property specified, and to bring the property and any person arrested in connection therewith before this Judge or some other Court have jurisdiction of the offense, as required by statute or lawfully directed; and further:

**PURSUANT** to F.S. 933.10 and F.S. 933.101, express authorization is hereby given for the warrant to be executed by being served either in the daytime or in the nighttime of any day, including on Sunday, as the exigencies of the occasion may demand or require;

**PURSUANT** to F.S. 933.11, when the officer serves this warrant, he or she shall deliver a duplicate copy to the person named in the warrant, if so named, or in his or her absence to some person in charge of, or living on the premises. When property is taken under the warrant the officer shall deliver to such person a written inventory of the property taken and a receipt ofor the same, specifying the same in detail, and if no person is found in possession of the premises where such property is found, shall leave the said receipt on the premises;

**PURSUANT** to F.S. 933.05, the warrant shall be returned to the Clerk of this Circuit Court within ten (10) days after issuance hereof; and

**PURSUANT** to F.S. 933.12, upon return of the warrant the officer directed shall attach thereto or thereon a true inventory of the property taken under the warrant, and at the foot of the inventory

Tallahassee Police Department Case #2019-44000

shall verify the same by affidavit taken before some officer authorized to administer oaths, or before the issuing magistrate.

**ORDERED** in _____Leon_____ County, Florida, this __27th__ day of ___January___, 2023.

1/27/2023 2:39:30 PM

Leon County Judge Monique Richardson
**Second Judicial Circuit**

Tallahassee Police Department Case #2019-44000

Received this search warrant on _1/27/23_____, A.D., 202_3_ and executed same on _1/30/23_____, A.D., 202_3_, at _234 E 7th Ave_____ by delivering a true copy thereof to _Inward 1234 E. 7th Ave_____ and at the same time showing _N/A_____ this original search warrant and reading to _N/A_____, and explaining to _N/A_____ the contents thereof, and my making diligent search as herein described, upon which search I found:

· Electronic Data / Dilmore

_____

_____

_____

_____

_____

I, _Charlotte Felton_____, the officer by whom this warrant was executed, do swear that the above inventory contains a true and detailed account of all the property, appliances, paraphernalia and devices taken by me on said warrant.

_____
Affiant Signature and 3-digit

Sworn and described before me this _02_ day of _February____, A.D., 202_3_

_____
Officer administering oath to Affiant & 3-digit

2023 FEB -2 PM 5:01
GWEN MARSHALL
CLERK & COMPTROLLER
LEON COUNTY, FLORIDA

FILED

PD 314 Rev 10/22                                                                          9

# In the County Court
# Leon County, Florida

SPIN#: 259195
REF#: 2694
Warrant#: 2019CF10221A1
Agency Case #: 19-44000
Officer I.D.#: 561
Charge: Sexual Battery (Victim <12
Offender 18<
Degree of Charge: CF
Statute No(s): 794.011(2)(a)
DOB: 03/05/1981
Sex: Male
Race: Black
Height: 6'03
Weight:
Hair: black
Eyes: brown
SSN: ▮▮▮▮▮▮▮▮
DL#: B516-422-81-08▮

### STATE OF FLORIDA
### vs.

**Jason Bernard Bembry**

**875 Bahama Drive**

**Tallahassee, FL 32305**

**COMPLAINT**

## IN THE NAME AND BY THE AUTHORITY OF THE STATE OF FLORIDA:

Before me, the undersigned, personally appeared **Investigator C. Felton-Stevens**, who being first duly sworn says that on the 1st day of January, 2015, in Leon County, Florida, the aforesaid defendant did unlawfully committ a sexual battery upon ▮▮▮▮▮▮▮ a person less than twelve years of age, by **penis to vagina penetration**, and the defendant was 18 years of age or older,

*IN COMPUTER*

:contrary to Section., **794.011(2)(a)** F.S.

contrary to the statute, rule, regulation or other provision of law in such case made and provided, and against the peace and dignity of the State of Florida.

**Investigator C. Felton-Stevens**
Complainant

Tallahassee Police Department
234 E. 7th Ave. Tallahassee, FL 32303
Address

Sworn to and subscribed before me this 24th day of March, 2019.

733 TPD

**Judge, Assistant State Attorney or Notary Public**
Law Enforcement

**SEAL**

FILED 2019 MAR 25 PM 4:20
C-89
GWEN MARSHALL
CLERK & COMPTROLLER
LEON COUNTY, FLORIDA

IN THE CIRCUIT COURT OF THE SECOND
JUDICIAL CIRCUIT, IN AND FOR LEON
COUNTY, FLORIDA.

STATE OF FLORIDA

CASE NO. 19CF01022
SPN 259195

vs.

**INFORMATION**

Jason B. Bembry
B/M, 03/05/1981
SSN                  Defendant(s).

_____/

INFORMATION FOR:

1)  SEXUAL BATTERY VICTIM UNDER 12, OFFENDER OVER 18 (CF) (ref. #2694)
2)  SEXUAL BATTERY VICTIM OVER 12, OFFENDER OVER 18 (F1) (ref #7686)

IN THE NAME OF AND BY THE AUTHORITY OF THE STATE OF FLORIDA:

JACK CAMPBELL, State Attorney for the Second Judicial Circuit of the State of Florida, charges
that in LEON County, Florida, the above-named defendant(s):

COUNT 1: On divers dates on or between January 1, 2015 through May 21, 2016, did unlawfully commit a
sexual battery upon J.B., a person less than twelve years of age, by penetration and/or union of victim's vagina
and defendant's penis, and the defendant was eighteen years of age or older, contrary to Section 794.011(2)(a),
Florida Statutes.

COUNT 2: On divers dates on or between May, 22, 2016 through March 24, 2019, did unlawfully commit a
sexual battery upon J.B., a person twelve years of age or older but under eighteen years of age, by penetration
and/or union of victim's vagina and defendant's penis, and the defendant was eighteen years of age or older,
contrary to Section 794.011(5)(a), Florida Statutes.

STATE OF FLORIDA
COUNTY OF LEON

JACK CAMPBELL, STATE ATTORNEY
SECOND JUDICIAL CIRCUIT

James A Rogers
Designated Assistant State Attorney

The foregoing instrument was acknowledged before me on April 2, 2019, by James A Rogers, Designated
Assistant State Attorney by Jack Campbell, State Attorney for the Second Judicial Circuit of the State of
Florida, who is known to me and did take an oath stating good faith in instituting the prosecution and
certifying that testimony was received under oath from the material witness or witnesses for the offense
pursuant to F.R.Cr.P. 3.140(g).

NOTARY PUBLIC

SHARON Y. WILLIAMS
Commission # FF 979920
Expires April 7, 2020
Bonded Thru Troy Fain Insurance 800-385-7019

**ARN/CMC 4/9/2019** in Courtroom 2B ASA James A Rogers